# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| KENA MOORE, TIMOTHY K. SWEENEY, RUSSEL A. HOHMAN, SUSAN M. SMITH and VERONICA CARGILL, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>HUMANA INC., THE BOARD OF DIRECTORS OF HUMANA INC., THE HUMANA RETIREMENT PLANS COMMITTEE and JOHN DOES 1-30.<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION NO.:** 3:21-cv-232-RGJ |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION OF THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*

Plaintiffs, Kena Moore, Timothy K. Sweeney, Russell A. Hohman, Susan M. Smith and Veronica Cargill ("Plaintiffs"), by and through their undersigned counsel, respectfully submit this Notice of Supplemental Authority concerning the recent decision of *In re American National Red Cross ERISA Litig.*, No. 1:21-cv-00541-EGS, Minute Order (D.D.C. Dec. 7, 2021) (attached hereto as Exhibit A), which is an analogous ERISA matter.

In *American Red Cross* the Chamber of Commerce of the United States of America ("Chamber") moved to file an almost identical brief of amicus curiae in support of defendants' motion to dismiss. The court determined "it is within the discretion of the Court to determine the fact, extent, and manner of participation by the amicus." *American Red Cross*, No. 1:21-cv-00541-EGS, Minute Order (citing *United States v. Microsoft Corp.*, No. 981232, 2002 WL 319366, at *2 (D.D.C. 2002)). The court denied the Chamber's motion and reasoned:

> An amicus brief should normally be allowed when a party is not represented competently or is not represented at all, when the amicus has an interest in some other case that may be affected by the decision in the present case (though not enough affected to entitle the amicus to intervene and become a party in the present case), or when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide. Otherwise, leave to file an amicus curiae brief should be denied.

*American Red Cross*, No. 1:21-cv-00541-EGS, Minute Order (citing Jin v. Ministry of State Sec., 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting Ryan v. Commodity Futures Trading Comm'n, 125 F.3d 1062, 1064 (7th Cir. 1997))). The court concluded "(1) movants have not shown that a party is not adequately represented, and (2) several of movant's arguments are duplicative of those in the defendants' motion to dismiss." *American Red Cross*, No. 1:21-cv-00541-EGS, Minute Order.

Here, the Chamber's proposed brief of amicus curiae is almost identical to the brief it submitted in *American Red Cross* and rehashes the same, duplicative arguments as those in Defendants' motion to dismiss. The Chamber has not provided any indication that Defendants in this matter are not adequately represented by competent counsel.

For these reasons, Plaintiffs respectfully submit that the court's decision in *American Red Cross* supports denial of Defendants' motion to dismiss in its entirety.

Dated: December 28, 2021  Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh
Gabrielle Kelerchian
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103

        Email: markg@capozziadler.com
               gabriellek@capozziadler.com

Donald R. Reavey
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

**KIRK LAW FIRM**

*/s/ Phillip Blair*
Phillip Blair, Esquire
KY Bar ID # 94596
P.O. Box 339
888 US 23 South
Paintsville, KY 41240
Phillip.blair@kirklawfirm.net
Telephone: (606) 297-5888
Facsimile: (606) 297-5870

*Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2021, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: /s/ *Mark K. Gyandoh*
Mark K. Gyandoh, Esq.