Rept # 300003607

**FILED**
JAMES J. VILT, JR. - CLERK

MAY 12 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### Jefferson DIVISION

Kena Moore, et. al.,

-vs-

Case No.: 3:21-cv-00232-RGL

Humana, Inc., et al.,

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now James A. Wells, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent Plaintiffs in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Capozzi Adler, P.C.

   with offices at

   Mailing address: 312 Old Lancaster Road

   City, State, Zip Code: Merion Station, PA 19066

   Telephone: (717) 233-4101

   E-Mail: Jayw@capozziadler.com

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts OR the highest court of the following states:

| U.S. Court/State: | Admission Date: | Bar No.: |
|---|---|---|
| PA | 5/17/1999 | 83517 |
| | | |
| | | |
| | | |
| | | |