Rcpt #30000 3607

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
Jefferson **DIVISION**

FILED
JAMES J. VILT, JR. - CLERK

MAY 1 2 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Kena Moore, et. al.,

-vs-

Case No.: 3:21-cv-00232-RGL

Humana, Inc., et. al.,

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Brandon S. Williams, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent Plaintiffs in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Capozzi Adler, P.C.

   with offices at

   Mailing address: 2933 North Front Street

   City, State, Zip Code: Harrisburg, PA 17110

   Telephone: (717) 233-4101

   E-Mail: Brandonw@capozziadler.com

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts **OR** the highest court of the following states:

| U.S. Court/State: | Admission Date: | Bar No.: |
|---|---|---|
| PA | 10/11/2005 | 200713 |
| E. Dist. of PA | 6/26/2012 | |
| M. Dist. of PA | 12/21/2005 | |
| W. Dist. of PA | 5/27/2016 | |
| 3rd Circuit Court of Appeals | 7/14/2014 | |

3. Applicant HAS NOT ☑ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority.
Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Please explain.
_____

4. By way of this motion, Applicant consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. I have completed training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course OR ☐ on-line tutorial authorized class room training OR ☑ other method (Please explain:
ECF training received in another court.
_____
_____

6. Applicant tenders with this Motion the following:
☑ The required *pro hac vice* motion fee of $125.00.

Wherefore, Applicant prays that this Court enter an order permitting the admission of
Brandon S. Williams to the Western District of Kentucky *pro hac vice* for this case only.

[Signature of Atty to be admitted - Hand Signed]

If filed by an attorney other than the applicant, please complete the section below

_____  Signature
_____  Mailing Address
_____  City/State
_____  Zipcode
( ) _____  Telephone
_____  Email

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.