**EXHIBIT 4**

CONFIDENTIAL

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE WESTERN DISTRICT OF KENTUCKY

3              LOUISVILLE DIVISION

4                3:21-cv-00232-RGJ

   --------------------------------

5  KENA MOORE, TIMOTHY K. SWEENEY,

6  RUSSEL A. HOHMAN, SUSAN M. SMITH

7  and VERONICA CARGILL,

8  individually and on behalf of all

9  others similarly situated,

10      Plaintiffs,

   v.

11 HUMANA INC. and THE HUMANA

12 RETIREMENT PLANS COMMITTEE,

13      Defendants.

   --------------------------------

14              ** CONFIDENTIAL **

15

16   VIDEOTAPED DEPOSITION VIA ZOOM VERONICA BRAY

17              December 6, 2023

18                 9:39 a.m.

19          High Point, North Carolina

20

21

22

23 Reported by:  Audra M. Smith, FCRR

24 Video by:     Roosevelt Harrison

25

                                    Page 1

CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL

 2    ON BEHALF OF PLAINTIFFS:

 3    CAPOZZI ADLER P.C.

 4    BY:  JAY WELLS, ESQ.

      312 Old Lancaster Road

 5    Merion Station, PA 19066

 6    jayw@capozziadler.com

 7

 8    CAPOZZI ADLER P.C.

 9    BY:  MARK GYANDOH, ESQ.

10    2933 N. Front Street

      Harrisburg, PA 17110

11    markg@capozziadler.com

12

13    ON BEHALF OF DEFENDANTS:

      O'MELVENY & MYERS, LLP

14    BY:  CATALINA JOOS VERGARA, ESQ.

15    400 S. Hope Street

16    Los Angeles, CA 90071

      (213) 430-6000

17    cvergara@omm.com

18

19    KAPLAN JOHNSON ABATE & BIRD

20    BY:  MICHAEL ABATE, ESQ.

21    710 West Main Street, 4th Floor

22    Louisville, KY 40202

      (502) 416-1631

23    mabate@kaplanjohnsonlaw.com

24

25    Also Present:  Lauren Williamson, Esq. and Robert Croft, Esq.

                                               Page 2
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MS. VERGARA: | 10:18:37AM |
| 2 | Q    As you mentioned a moment ago, you've | 10:18:37AM |
| 3 | not been retained to offer an opinion about whether | 10:18:39AM |
| 4 | any of the plan's investment options were prudent, | 10:18:41AM |
| 5 | correct? | 10:18:44AM |
| 6 | MR. WELLS:  Objection to form. | 10:18:45AM |
| 7 | You can answer. | 10:18:46AM |
| 8 | A    Correct. | 10:18:47AM |
| 9 | BY MS. VERGARA: | 10:18:47AM |
| 10 | Q    Okay.  Let me move on to a different | 10:18:47AM |
| 11 | topic here. | 10:19:01AM |
| 12 | Let's actually go back to your expert | 10:19:04AM |
| 13 | report, to Exhibit 2, and by that, I mean Exhibit 2 | 10:19:07AM |
| 14 | to this deposition.  And a moment ago we were | 10:19:13AM |
| 15 | looking at paragraph 1, which describes at a high | 10:19:16AM |
| 16 | level your -- the scope of your expert testimony. | 10:19:20AM |
| 17 | Let's scroll down to the section that starts at the | 10:19:22AM |
| 18 | bottom of that page, Qualifications and Experience. | 10:19:28AM |
| 19 | And I'd like to ask you some questions | 10:19:32AM |
| 20 | about that.  So let's turn to paragraph 5. | 10:19:34AM |
| 21 | You describe here and in the subsequent | 10:19:44AM |
| 22 | paragraphs some of your work experience in the | 10:19:46AM |
| 23 | retirement plan industry.  First, let me ask you | 10:19:51AM |
| 24 | this:  What was your first job in the retirement | 10:19:55AM |
| 25 | plan industry? | 10:20:00AM |

Page 38

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A    My first job in the retirement plan | 10:20:03AM |
| 2 | industry was with Paychex.  And they are a -- well, | 10:20:06AM |
| 3 | they do a lot of things, but I was hired to bring on | 10:20:09AM |
| 4 | the organization's retirement plans to the Paychex | 10:20:13AM |
| 5 | recordkeeping solution. | 10:20:21AM |
| 6 | Q    And that's Paychex Securities, which is | 10:20:22AM |
| 7 | described in paragraph 5; is that right? | 10:20:23AM |
| 8 | A    Yes. | 10:20:27AM |
| 9 | Q    What was your specific role at Paychex? | 10:20:27AM |
| 10 | A    I was charged to go out and bring on | 10:20:28AM |
| 11 | new retirement plan clients to our recordkeeping | 10:20:37AM |
| 12 | platform.  So I would go out and if the organization | 10:20:41AM |
| 13 | had their retirement plan with a different | 10:20:45AM |
| 14 | recordkeeper, I would prepare cost and service | 10:20:49AM |
| 15 | comparisons for recordkeeping and administrative and | 10:20:50AM |
| 16 | investments for their plan to the Paychex | 10:20:54AM |
| 17 | recordkeeping solution. | 10:20:57AM |
| 18 | Q    How long did you work at Paychex? | 10:21:00AM |
| 19 | A    Almost ten years, over -- almost | 10:21:02AM |
| 20 | 10 years.  But I was also in management there as | 10:21:08AM |
| 21 | well, so I did a couple roles there. | 10:21:11AM |
| 22 | Q    When did you start working at Paychex, | 10:21:13AM |
| 23 | if you recall?  Just the year. | 10:21:15AM |
| 24 | A    I think it was 2003. | 10:21:17AM |
| 25 | Q    And did you work there until | 10:21:21AM |

Page 39

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | approximately 2013? | 10:21:23AM |
| 2 | A    I believe so. | 10:21:26AM |
| 3 | Q    So before we get to the management | 10:21:30AM |
| 4 | roles that you just described, do you recall what | 10:21:32AM |
| 5 | department within Paychex you worked in? | 10:21:36AM |
| 6 | A    I think it was their -- I think it was | 10:21:44AM |
| 7 | called either their retirement plan division or | 10:21:46AM |
| 8 | their HR division, which included retirement plans. | 10:21:49AM |
| 9 | I'd have -- it's a long time ago. | 10:21:53AM |
| 10 | Q    And what were the management roles that | 10:21:55AM |
| 11 | you alluded to a moment ago at Paychex? | 10:21:59AM |
| 12 | A    Yeah.  After providing the | 10:22:03AM |
| 13 | recordkeeping services, I managed 12 sales | 10:22:04AM |
| 14 | representatives that also went out and did the job | 10:22:08AM |
| 15 | that I previously did at Paychex.  I hired and | 10:22:14AM |
| 16 | trained and oversaw a team of representatives. | 10:22:17AM |
| 17 | Q    And if you look here in paragraph 5, | 10:22:26AM |
| 18 | about midway through the paragraph, you describe: | 10:22:29AM |
| 19 | "During my tenure, I prepared cost and service | 10:22:34AM |
| 20 | comparisons for recordkeeping, administrative, and | 10:22:37AM |
| 21 | investments for prospective and current plan sponsor | 10:22:41AM |
| 22 | clients." | 10:22:45AM |
| 23 | Do you see that? | 10:22:48AM |
| 24 | A    Yes. | 10:22:48AM |
| 25 | Q    Is that the role that you just were | 10:22:48AM |

Page 40

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | other.  So that comparison was to put their mind at | 10:32:01AM |
| 2 | ease that nothing would get dropped along the way. | 10:32:05AM |
| 3 | If they had a particular service over here at their | 10:32:08AM |
| 4 | current provider and they were moving their plan | 10:32:12AM |
| 5 | over to the Paychex platform, that nothing -- that | 10:32:14AM |
| 6 | everything was mapping over, the services were, | 10:32:17AM |
| 7 | because they don't know recordkeeping like | 10:32:19AM |
| 8 | recordkeepers do. | 10:32:23AM |
| 9 | Q     So is it fair to say that these service | 10:32:24AM |
| 10 | comparisons that you describe here were simply | 10:32:30AM |
| 11 | comparing the same bundle of services from their | 10:32:33AM |
| 12 | incumbent to the identical bundle of services that | 10:32:35AM |
| 13 | Paychex would provide? | 10:32:39AM |
| 14 | A     Yes, from what I remember. | 10:32:42AM |
| 15 | Q     And there were no variations in the | 10:32:47AM |
| 16 | service offerings?  Is that your testimony? | 10:32:49AM |
| 17 | A     Yeah. I mean, I don't remember if there | 10:32:51AM |
| 18 | were any variations.  I'd have to -- you know, that | 10:32:52AM |
| 19 | was a long time ago, but from what I remember, they | 10:32:54AM |
| 20 | were very similar, if not the same. | 10:32:57AM |
| 21 | Q     So you left Paychex in 2013; is that | 10:33:05AM |
| 22 | correct? | 10:33:07AM |
| 23 | A     From what I remember, yes. | 10:33:07AM |
| 24 | Q     And what was your next job in the | 10:33:08AM |
| 25 | industry? | 10:33:10AM |

Page 48

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A     I worked for a retirement plan advisory | 10:33:12AM |
| 2 | firm that focused on retirement plans, advising. | 10:33:16AM |
| 3 | Q     Is that Gate City Advisors? | 10:33:21AM |
| 4 | A     Yes. | 10:33:23AM |
| 5 | Q     And how long did you work at Gate City | 10:33:23AM |
| 6 | Advisors? | 10:33:29AM |
| 7 | A     I want to say it was almost three | 10:33:30AM |
| 8 | years, I think. | 10:33:32AM |
| 9 | Q     What was your role at Gate City? | 10:33:37AM |
| 10 | A     I did several things there.  I was | 10:33:39AM |
| 11 | engaged -- or hired to bring on new plan clients, | 10:33:41AM |
| 12 | client business to advise.  I was also -- I managed | 10:33:46AM |
| 13 | a small book of business, 12 plans -- 10 or 12 plans | 10:33:49AM |
| 14 | while I was there, and did, you know, the ongoing | 10:33:54AM |
| 15 | management as an advisor would on plans.  And also I | 10:33:58AM |
| 16 | would perform workshops and trainings for the HR | 10:34:01AM |
| 17 | community and certified public accounting community | 10:34:06AM |
| 18 | for their continuing education. | 10:34:11AM |
| 19 | Q     The 10 to 12 plans that you advised, | 10:34:14AM |
| 20 | can you describe the advisory services that you | 10:34:17AM |
| 21 | provided to those plans? | 10:34:21AM |
| 22 | A     Yes.  It was holistic advisory services | 10:34:26AM |
| 23 | and when I say "holistic," I mean meeting with | 10:34:29AM |
| 24 | committees on quarterly investment reviews; | 10:34:32AM |
| 25 | performing fiduciary training; looking at their all | 10:34:33AM |

Page  49

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | plan fees every single year and negotiating them, | 10:34:41AM |
| 2 | when needed; and helping them put together their | 10:34:44AM |
| 3 | committee charter, their investment policy | 10:34:48AM |
| 4 | statement, their fee policy statement, their | 10:34:50AM |
| 5 | fiduciary acknowledgment letters of the committee; | 10:34:54AM |
| 6 | you know, just help them build their fiduciary | 10:34:57AM |
| 7 | foundation, and then help them, you know, have a | 10:35:00AM |
| 8 | documented fiduciary process. | 10:35:04AM |
| 9 | And we had a fiduciary file system for | 10:35:05AM |
| 10 | them to house all the information that we did on the | 10:35:08AM |
| 11 | plans.  All the activities and every decision that | 10:35:12AM |
| 12 | was made, we would have it documented in their | 10:35:15AM |
| 13 | fiduciary file, fiduciary repository that we had. | 10:35:18AM |
| 14 | I would help them take their plan out | 10:35:22AM |
| 15 | to bid to other recordkeepers if they were -- if it | 10:35:24AM |
| 16 | was time to take their plan out to bid every -- you | 10:35:28AM |
| 17 | know, every couple years, we would do that and help | 10:35:31AM |
| 18 | them move plan or convert their plan and -- if that | 10:35:35AM |
| 19 | was something that made sense for them to do at the | 10:35:37AM |
| 20 | time. | 10:35:40AM |
| 21 | And perform employee education meetings | 10:35:41AM |
| 22 | and help them with any questions regarding the plan | 10:35:44AM |
| 23 | sponsor and the employees on any questions they may | 10:35:48AM |
| 24 | have with the website or just getting enrolled. | 10:35:52AM |
| 25 | Or if a new client is trying to run a | 10:35:54AM |

Page 50

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | report from the system, from the recordkeeping | 10:35:57AM |
| 2 | system, I would help them with that. | 10:36:01AM |
| 3 | I'm sure I did a lot of other things, | 10:36:03AM |
| 4 | but that's a quick high-level overview. | 10:36:04AM |
| 5 | Q    It really was holistic, it encompassed | 10:36:09AM |
| 6 | all aspects, it sounds like, of advising on service | 10:36:11AM |
| 7 | providers and investment options. | 10:36:16AM |
| 8 | Is that right? | 10:36:17AM |
| 9 | A    Yes. | 10:36:25AM |
| 10 | Q    And you mentioned that you would | 10:36:25AM |
| 11 | assist -- well, first, let me ask you, those 10 to | 10:36:27AM |
| 12 | 12 clients, what size were they?  Were they all the | 10:36:30AM |
| 13 | same size?  What's the range? | 10:36:33AM |
| 14 | A    These clients were ones that I had | 10:36:35AM |
| 15 | really good relationships with prior to joining Gate | 10:36:38AM |
| 16 | City Advisors, because maybe they were also a | 10:36:41AM |
| 17 | Paychex recordkeeping client.  Most of them were. | 10:36:45AM |
| 18 | So the sizes kind of varied.  I mean, I | 10:36:47AM |
| 19 | believe while I was there, I think that maybe I | 10:36:50AM |
| 20 | managed some smaller plans, like, I think, you know, | 10:36:53AM |
| 21 | 5 or $10 million plans, and then I know I had a | 10:36:57AM |
| 22 | couple plans that were over 100 million. | 10:37:00AM |
| 23 | Q    Any plans that you would characterize | 10:37:05AM |
| 24 | as mega plans? | 10:37:07AM |
| 25 | A    No.  But there were advisors in our | 10:37:14AM |

Page 51

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | office -- the lead advisor had a couple or handful | 10:37:16AM |
| 2 | of those plans. | 10:37:19AM |
| 3 | Q    Did you work on those couple or handful | 10:37:20AM |
| 4 | of mega plans that that other advisor had as | 10:37:24AM |
| 5 | clients? | 10:37:28AM |
| 6 | A    Sure.  I would go to meetings with him | 10:37:29AM |
| 7 | or education meetings and work with their employees, | 10:37:31AM |
| 8 | yes. | 10:37:33AM |
| 9 | Q    Were you considered one of the advisors | 10:37:33AM |
| 10 | to those plans? | 10:37:35AM |
| 11 | A    No, I was not on that plan -- not on | 10:37:40AM |
| 12 | his plans, no. | 10:37:43AM |
| 13 | Q    You mentioned this already, but as you | 10:37:44AM |
| 14 | explain here in paragraph 6, part of your work | 10:37:46AM |
| 15 | included what you describe here as "periodic review | 10:37:51AM |
| 16 | of service providers' fees through benchmarking and | 10:37:54AM |
| 17 | taking their retirement plan out to bid." | 10:37:58AM |
| 18 | How often would you advise your 10 to | 10:38:02AM |
| 19 | 12 clients at Gate City Advisors to conduct | 10:38:05AM |
| 20 | benchmarking exercises? | 10:38:10AM |
| 21 | A    I mean, we would look at it every | 10:38:16AM |
| 22 | single year.  We would benchmark and look at their | 10:38:18AM |
| 23 | fees and compare it, I mean, every single year.  We | 10:38:21AM |
| 24 | were looking at them, and they would know what they | 10:38:23AM |
| 25 | were and know if they were reasonable or not; and if | 10:38:25AM |

Page 52

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | they weren't, we would be going to a recordkeeper | 10:38:27AM |
| 2 | and trying to negotiate fees.  We were looking | 10:38:29AM |
| 3 | through that every single year. | 10:38:33AM |
| 4 | Q     And you did that because that's a | 10:38:35AM |
| 5 | helpful tool in assessing whether the fees are | 10:38:37AM |
| 6 | reasonable or not, right? | 10:38:40AM |
| 7 | A     It's one of several, yes. | 10:38:43AM |
| 8 | Q     Did you work with any outside experts | 10:38:46AM |
| 9 | in conducting those benchmarking exercises?  And | 10:38:50AM |
| 10 | actually let me rephrase that question.  That was a | 10:38:56AM |
| 11 | bad question. | 10:38:58AM |
| 12 | Did you work with any other entities | 10:38:58AM |
| 13 | who helped compile those benchmarking reports for | 10:39:00AM |
| 14 | your clients? | 10:39:03AM |
| 15 | A     Yes, we did.  And from what I recall, | 10:39:06AM |
| 16 | we used -- at the time -- there were two different | 10:39:10AM |
| 17 | ones that we used.  It was Fi360 and the Retirement | 10:39:16AM |
| 18 | Plan Advisory Group, or RPAG. | 10:39:21AM |
| 19 | Q     And just so I'm clear, each of your | 10:39:27AM |
| 20 | clients -- each of the clients you advised while at | 10:39:31AM |
| 21 | Gate City Advisors conducted benchmarking exercises | 10:39:34AM |
| 22 | every year, correct? | 10:39:37AM |
| 23 | A     I mean, from what I recall, we did. | 10:39:39AM |
| 24 | Q     And then you also described | 10:39:48AM |
| 25 | periodically taking the retirement plan out to bid. | 10:39:49AM |

Page 53

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | When would you advise your clients to take the | 10:39:53AM |
| 2 | retirement plans out to bid for recordkeeping | 10:39:57AM |
| 3 | services while you were at Gate City Advisors? | 10:40:00AM |
| 4 | A     Well, I mean, the most important reason | 10:40:02AM |
| 5 | I would advise them to take it out would be is it's | 10:40:05AM |
| 6 | part of their fiduciary responsibility to do a | 10:40:09AM |
| 7 | periodic service provider, and so that would be, you | 10:40:11AM |
| 8 | know -- in the industry, we say periodic is three to | 10:40:15AM |
| 9 | five years. | 10:40:18AM |
| 10 | And I'd also advise them to take their | 10:40:21AM |
| 11 | plan out to bid if their recordkeeper kept dropping | 10:40:23AM |
| 12 | the ball and messing up and there were a lot of | 10:40:27AM |
| 13 | errors or issues with their recordkeeper.  That | 10:40:28AM |
| 14 | would be another reason. | 10:40:32AM |
| 15 | Q     So you would advise your clients to | 10:40:33AM |
| 16 | take their retirement plans out to bid every three | 10:40:35AM |
| 17 | to five years, correct? | 10:40:40AM |
| 18 | A     Yes. | 10:40:41AM |
| 19 | Q     And that's a reasonable period of time, | 10:40:41AM |
| 20 | in your view? | 10:40:45AM |
| 21 | A     I mean, it's industry best practice, is | 10:40:47AM |
| 22 | every three to five years to take your plan out to | 10:40:49AM |
| 23 | bid, and the DOL assumes that plan sponsors are | 10:40:52AM |
| 24 | taking out their plans to bid every three to | 10:40:55AM |
| 25 | five years.  So, yes, it is a reasonable interval. | 10:40:58AM |

Page 54

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q    Okay.  And you also -- let me just | 10:41:01AM |
| 2 | finish with this paragraph, and then we'll take a | 10:41:06AM |
| 3 | break.  I know we've been going for a little more | 10:41:08AM |
| 4 | than an hour, and I want to make sure we're taking | 10:41:10AM |
| 5 | breaks. | 10:41:13AM |
| 6 | Let me just ask you, you also note here | 10:41:13AM |
| 7 | in this paragraph that you would also advise your | 10:41:15AM |
| 8 | clients about converting to other recordkeepers, and | 10:41:19AM |
| 9 | now I'm quoting "when there was a better fit and/or | 10:41:24AM |
| 10 | would result in lower fees and enhanced services." | 10:41:27AM |
| 11 | So when did you determine -- or how | 10:41:32AM |
| 12 | would you determine that there might be a better fit | 10:41:38AM |
| 13 | for one of your plan clients when it came to their | 10:41:44AM |
| 14 | recordkeeping provider? | 10:41:47AM |
| 15 | A    Well, this is a long time ago, before | 10:41:51AM |
| 16 | technology was where it is today. | 10:41:53AM |
| 17 | So during the time, you know, this | 10:41:55AM |
| 18 | recordkeeper may have had an app, or they may have | 10:42:01AM |
| 19 | had some kind of extra technology that made more | 10:42:04AM |
| 20 | sense or helped them -- my plan sponsor clients, you | 10:42:08AM |
| 21 | know, better manage their plan, whether it was | 10:42:13AM |
| 22 | mobile access where -- I know back then a lot of | 10:42:16AM |
| 23 | recordkeepers either didn't have an app or their app | 10:42:20AM |
| 24 | was not interactive, and so some of those things | 10:42:23AM |
| 25 | were -- back then, things -- there was a lot of | 10:42:26AM |

Page 55

CONFIDENTIAL

```
 1          A     Well, they could have had that fee if      1:06:30PM

 2    they were -- had a lot more participants or a lot      1:06:32PM

 3    more assets.  It just really depends on the plan       1:06:35PM

 4    size on what their fee would have been or could have   1:06:39PM

 5    been in previous years.                                1:06:41PM

 6          Q     So if they had had higher assets or a      1:06:47PM

 7    greater number of participants in earlier years,       1:06:49PM

 8    they could have achieved the $23 per participant per   1:06:51PM

 9    year recordkeeping fee in earlier time periods; is     1:06:56PM

10    that correct?                                          1:06:59PM

11          A     I mean, it's possible, yes.                1:07:02PM

12          Q     But absent those circumstances, one        1:07:05PM

13    cannot assume that they would have achieved that       1:07:07PM

14    lower fee earlier in the time period; isn't that       1:07:10PM

15    right?                                                 1:07:15PM

16          MR. WELLS:  Objection to form.                   1:07:16PM

17          A     I mean, I can't give an opinion to         1:07:17PM

18    that.  It's kind of speculation.  I'd have to          1:07:18PM

19    perform an RFP during that time for that plan to see   1:07:21PM

20    what the pricing would have been then versus now.      1:07:24PM

21    BY MS. VERGERA:                                        1:07:27PM

22          Q     And so you agree that performing an RFP    1:07:27PM

23    and actually going to market would be the best         1:07:29PM

24    evidence of what fees would be achievable in the       1:07:31PM

25    market at a particular moment in time; is that         1:07:35PM
```

Page 128

CONFIDENTIAL

```
 1   right?                                      1:07:37PM

 2        A    Not necessarily.  I mean, if they are    1:07:38PM

 3   looking at benchmarks and looking at their fees    1:07:40PM

 4   every single year, then, you know, that would be   1:07:43PM

 5   something that could be negotiated every year, not 1:07:46PM

 6   just through the RFP.                        1:07:49PM

 7        Q    But you agree that performing RFPs and   1:07:50PM

 8   benchmarking is the best measure of what the fees in 1:07:57PM

 9   the marketplace are, correct?                1:08:02PM

10        A    That's one of the measures.  There's a   1:08:04PM

11   lot of things you can look at.               1:08:06PM

12        Q    What else would you look at, other than  1:08:12PM

13   an RFP or a benchmark, in order to determine what   1:08:13PM

14   the market fees for a particular moment in time?    1:08:16PM

15        A    You could pull just industry benchmark   1:08:19PM

16   information that's out there through articles --    1:08:21PM

17   you'll see articles that will show what a -- for    1:08:23PM

18   plans this size with this many participants, this is 1:08:27PM

19   what it should be.  I know there's a lot of industry 1:08:30PM

20   articles or publications or surveys.  Like Callan   1:08:32PM

21   may have produced this.  And NAPA, the Association   1:08:34PM

22   for Plan Advisors, they published a lot of articles, 1:08:41PM

23   too, out there that will tell you during that time   1:08:43PM

24   period, you know, what average plans should be for   1:08:47PM

25   particular plan sizes.                       1:08:49PM
```

Page 129

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | You can pull -- in my experience, I | 1:08:50PM |
| 2 | know that you can -- well, for example, whenever I | 1:08:53PM |
| 3 | take a plan out to bid now, I know before I go into | 1:08:59PM |
| 4 | the process what I should expect the fees to come | 1:09:01PM |
| 5 | back at since I perform RFPs very frequently, I know | 1:09:03PM |
| 6 | the number that should come back.  And so that's | 1:09:09PM |
| 7 | what I'm looking for when it comes back to me from | 1:09:11PM |
| 8 | the recordkeepers or advisors.  Intellectual capital | 1:09:15PM |
| 9 | helps me determine plan fees as well to confirm | 1:09:25PM |
| 10 | them. | 1:09:29PM |
| 11 | Q     And in your opinion, are articles or | 1:09:45PM |
| 12 | surveys a better measure of what fees are achievable | 1:09:48PM |
| 13 | on the market for a particular plan than a formal | 1:09:53PM |
| 14 | RFP process or a benchmarking exercise? | 1:09:57PM |
| 15 | A     No.  I think that performing a formal | 1:10:06PM |
| 16 | request for proposal every three to five years is | 1:10:07PM |
| 17 | the best way to achieve competitive lowest cost and | 1:10:11PM |
| 18 | the best services because there's constant fee | 1:10:15PM |
| 19 | negotiations between the recordkeeper and the plan | 1:10:20PM |
| 20 | sponsor throughout the process.  And so it's really | 1:10:23PM |
| 21 | trying to squeeze as much blood out of that turnip | 1:10:26PM |
| 22 | as you can, if you will, during the process whereas | 1:10:28PM |
| 23 | the benchmark or looking at articles, what have you, | 1:10:33PM |
| 24 | you're really not in a position to negotiate. | 1:10:36PM |
| 25 | Q     Let's look at Tables 4 and 5 of your | 1:10:50PM |

Page 130

| | | |
|---|---|---|
| 1 | additional information from there. | 1:27:46PM |
| 2 | Q     Moving to the next column in this | 1:27:48PM |
| 3 | Table 4 where you list the plan's recordkeeping fee | 1:27:49PM |
| 4 | per participant, how did you derive that number? | 1:27:54PM |
| 5 | A     It's either from that same set of | 1:27:58PM |
| 6 | information from the plan fiduciary's -- I don't | 1:28:01PM |
| 7 | remember if it was -- if they said it was $32.49 per | 1:28:05PM |
| 8 | participant, and I did the math by multiplying it by | 1:28:10PM |
| 9 | the 49,150 or if it was they get the total fee and I | 1:28:12PM |
| 10 | gave the participant fee.  I'd have to go back and | 1:28:14PM |
| 11 | look at those -- the response to that to see which | 1:28:17PM |
| 12 | one I got to calculate the other, if that makes | 1:28:21PM |
| 13 | sense. | 1:28:24PM |
| 14 | Q     Understood. | 1:28:25PM |
| 15 | So as you sit here today, you don't | 1:28:25PM |
| 16 | remember whether you used the plan's total | 1:28:28PM |
| 17 | recordkeeping fee to then do a simple calculation to | 1:28:36PM |
| 18 | derive the recordkeeping fee per participant or | 1:28:38PM |
| 19 | whether you did it the other way around; is that | 1:28:41PM |
| 20 | right? | 1:28:43PM |
| 21 | A     Correct. | 1:28:44PM |
| 22 | Q     Moving to the next column, there you | 1:28:53PM |
| 23 | got estimated damages at $12 per participant.  How | 1:28:57PM |
| 24 | did you arrive at the total dollar per participant | 1:29:02PM |
| 25 | figure? | 1:29:05PM |

Page 143

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A     Your microphone is acting up a little | 1:29:07PM |
| 2 | bit.  Am I the only one that's hearing that, or is | 1:29:09PM |
| 3 | anybody else hearing that? | 1:29:12PM |
| 4 | MR. WELLS:  Yeah.  When you turn your | 1:29:12PM |
| 5 | head, it gets a little muffled, | 1:29:12PM |
| 6 | unfortunately. | 1:29:12PM |
| 7 | MS. VERGERA:  Sorry about that.  My | 1:29:12PM |
| 8 | computer started freaking out, so now I'm | 1:29:21PM |
| 9 | using paper and have to turn my head. | 1:29:21PM |
| 10 | BY MS. VERGERA: | 1:29:25PM |
| 11 | Q     Moving to the next column in Table 4 | 1:29:25PM |
| 12 | where you list the estimated damages at $12 per | 1:29:27PM |
| 13 | participant, how did you derive that $12 per | 1:29:31PM |
| 14 | participant number listed in the heading? | 1:29:35PM |
| 15 | A     So that number comes from just my | 1:29:39PM |
| 16 | experience in requesting proposals for plans, the | 1:29:43PM |
| 17 | size of the plan, as well as other -- I think I | 1:29:46PM |
| 18 | mentioned it in my report about with the Fidelity | 1:29:53PM |
| 19 | Moitoso plan and plans over a billion dollars in | 1:30:01PM |
| 20 | general just based on my experience, so that's why I | 1:30:04PM |
| 21 | did the range of 12 to 20. | 1:30:07PM |
| 22 | Q     So you did a range of 12 to 12 based on | 1:30:15PM |
| 23 | your experience and the comparators described in | 1:30:18PM |
| 24 | your report, which we'll get to in a moment; is that | 1:30:23PM |
| 25 | right? | 1:30:25PM |

Page 144

CONFIDENTIAL

```
 1        A    Yes.                                    1:30:26PM

 2        Q    And you've applied that -- just         1:30:28PM

 3   sticking with this penultimate column for now,    1:30:31PM

 4   you've applied that $12 per participant figure     1:30:35PM

 5   across the entire relevant time period, correct?   1:30:39PM

 6        A    Yes.                                    1:30:44PM

 7        Q    And that's true even though in your own 1:30:47PM

 8   opinion fees have declined rapidly over the past ten 1:30:49PM

 9   years, correct?                                   1:30:53PM

10        A    That's why I did the 12 to 20 over the  1:30:56PM

11   time period.  If you even look at $20, you know, the 1:30:58PM

12   first couple years and then more into 12 the last   1:31:03PM

13   several years, that would be a way to look at it, or 1:31:07PM

14   12 to 20 during the cost period.                  1:31:09PM

15        Q    So in your view is it appropriate to    1:31:18PM

16   calculate supposed damages based on a $12 per       1:31:20PM

17   participant figure early in the class period?       1:31:24PM

18        A    I mean, that's why I have estimated,    1:31:28PM

19   not exact.  So -- and, again, it's a range of 12 to  1:31:30PM

20   20, so it just gives an idea of what the damages --   1:31:36PM

21   estimated damages would look like.                1:31:40PM

22        Q    It's a range of 12 to 20, but you're    1:31:44PM

23   still applying the $12 figure going back all the way 1:31:46PM

24   to 2015.  So my question is, is it appropriate, in   1:31:50PM

25   your view, to calculate hypothetical damages based   1:31:53PM
```

Page 145

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | on a $12 per participant figure early in the class | 1:31:57PM |
| 2 | period? | 1:32:02PM |
| 3 | A    Yes.  I think the plan possibly could | 1:32:03PM |
| 4 | get a $12 per participant for a plan that size in | 1:32:05PM |
| 5 | 2015, 3.4 billion in assets and 49,000 per | 1:32:09PM |
| 6 | participant.  That's -- they've got some buying | 1:32:14PM |
| 7 | power to negotiate a very low fee. | 1:32:16PM |
| 8 | Q    And on what do you base that opinion | 1:32:18PM |
| 9 | that they could have achieved a $12 per participant | 1:32:20PM |
| 10 | fee early in the time period, let's say, in 2015? | 1:32:25PM |
| 11 | A    Like I said, because the plan's assets | 1:32:30PM |
| 12 | are 3.4 billion, and the participants are almost | 1:32:32PM |
| 13 | 50,000 participants.  Twelve dollars per participant | 1:32:35PM |
| 14 | is, you know, a reasonable fee for a plan that size | 1:32:39PM |
| 15 | regardless of the time period. | 1:32:44PM |
| 16 | Q    And that's your opinion regardless of | 1:32:46PM |
| 17 | the fact that in 2014 none of the respondents to the | 1:32:49PM |
| 18 | formal RFP returned a bid that was anywhere close to | 1:32:54PM |
| 19 | $12 per participant, right? | 1:32:57PM |
| 20 | A    I don't recall exactly what the | 1:33:03PM |
| 21 | respondents proposed for the plan before the class | 1:33:05PM |
| 22 | period.  However -- and I'm not sure how the | 1:33:10PM |
| 23 | negotiations went, if there were any negotiations or | 1:33:14PM |
| 24 | it was just, here, give me your bid.  So I can't | 1:33:16PM |
| 25 | give an opinion to why they did or did not have a | 1:33:18PM |

Page 146

CONFIDENTIAL

```
 1   fee of $12.                                              1:33:22PM

 2         Q    Well, let me ask you this.  Are you           1:33:25PM

 3   aware that in connection with the 2019 RFP, that no      1:33:27PM

 4   respondent to that RFP offered a bid that was            1:33:33PM

 5   anywhere close to $12 per participant either?            1:33:35PM

 6         A    Well, in my experience the individual         1:33:43PM

 7   performing the RFP did not have the appropriate          1:33:48PM

 8   experience or negotiation skills to negotiate a          1:33:51PM

 9   lower fee than what they were proposed.                  1:33:54PM

10         Again, like I mentioned before, when I             1:34:01PM

11   perform RFPs, it's a constant negotiation.  And I        1:34:03PM

12   know, when plans come back or proposals come back,       1:34:06PM

13   where they should be.  And if they don't fall in         1:34:08PM

14   line with where I think they should be, I'll go back     1:34:13PM

15   to negotiate with the recordkeeper on the fees where     1:34:15PM

16   I feel like they should come in.                         1:34:17PM

17         Q    When you're referring to the individual       1:34:19PM

18   performing the RFP, who are you referring to?            1:34:21PM

19         A    In 2019 I believe it was a third party        1:34:27PM

20   that helped with performing the RFP.  I would have       1:34:30PM

21   to go back and look at those minutes or the              1:34:33PM

22   information, though, to give you 100 percent of an       1:34:35PM

23   individual's name.                                       1:34:38PM

24         Q    And it's your testimony, your opinion         1:34:41PM

25   that the third party conducting the 2019 RFP was not     1:34:43PM
```

Page 147

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | capable of negotiating with the respondents? | 1:34:49PM |
| 2 | MR. WELLS:  Object to form. | 1:34:56PM |
| 3 | You can answer. | 1:34:57PM |
| 4 | A     I don't have their exact, you know, | 1:34:58PM |
| 5 | what conversations happened between the third party | 1:35:00PM |
| 6 | and the recordkeepers, but I didn't see anything | 1:35:02PM |
| 7 | where there were multiple fee negotiations | 1:35:06PM |
| 8 | throughout the RFP process.  You would think that | 1:35:09PM |
| 9 | that information would be documented. | 1:35:13PM |
| 10 | BY MS. VERGERA: | 1:35:17PM |
| 11 | Q     Did you review the materials related to | 1:35:17PM |
| 12 | the 2019 RFP? | 1:35:19PM |
| 13 | A     I reviewed the information that was | 1:35:23PM |
| 14 | available to me regarding the 2019 RFP. | 1:35:24PM |
| 15 | Q     And you're aware then that there were | 1:35:30PM |
| 16 | hundreds of pages of information provided in | 1:35:32PM |
| 17 | connection with that RFP over the course of the RFP | 1:35:35PM |
| 18 | for the plan to consider in making its ultimate | 1:35:39PM |
| 19 | decision at the end of that process? | 1:35:42PM |
| 20 | A     I don't recall how many pages there | 1:35:46PM |
| 21 | were that I reviewed.  But, I mean, I know that | 1:35:47PM |
| 22 | responses have several pages, and we have some that | 1:35:51PM |
| 23 | have hundreds of pages. | 1:35:58PM |
| 24 | Q     And you're aware that the process | 1:35:59PM |
| 25 | started by having the third-party consultant narrow | 1:36:01PM |

Page 148

| | | |
|---|---|---|
| 1 | the universe of potential vendors to approximately | 1:36:08PM |
| 2 | 10 and then make further narrowing after a period of | 1:36:12PM |
| 3 | diligence to five finalists?  Is that your | 1:36:17PM |
| 4 | recollection? | 1:36:25PM |
| 5 | A    I believe I remember that being the | 1:36:26PM |
| 6 | process. | 1:36:27PM |
| 7 | Q    Do you recall that over the course of | 1:36:28PM |
| 8 | that process, the finalists answered questionnaires | 1:36:28PM |
| 9 | comprising 825 questions and provided voluminous | 1:36:32PM |
| 10 | information to the third-party consultant and | 1:36:40PM |
| 11 | ultimately to the plan? | 1:36:42PM |
| 12 | A    I'm not sure how many questions there | 1:36:43PM |
| 13 | were.  I didn't count them, but I know that these | 1:36:45PM |
| 14 | recordkeeping RFPs, in my experience of issuing | 1:36:50PM |
| 15 | them, yes, there are lots of questions -- hundreds | 1:36:53PM |
| 16 | of questions that are asked, especially on the | 1:36:55PM |
| 17 | operational side. | 1:36:58PM |
| 18 | Q    But it is your testimony nonetheless | 1:37:02PM |
| 19 | that this process was inadequate to result in | 1:37:03PM |
| 20 | effective negotiation of plan fees; is that right? | 1:37:06PM |
| 21 | A    As far as the questions that were being | 1:37:13PM |
| 22 | asked, I didn't say that was inadequate.  I just | 1:37:15PM |
| 23 | said that the person that facilitated the RFP did | 1:37:17PM |
| 24 | not have multiple fee negotiations with the | 1:37:21PM |
| 25 | recordkeeper to try to get a lower recordkeeping fee | 1:37:23PM |

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | for the plan. | 1:37:29PM |
| 2 | Q    And if the record showed that there | 1:37:33PM |
| 3 | were fee negotiations over the course of the RFP, | 1:37:34PM |
| 4 | would that change your opinion as to the | 1:37:36PM |
| 5 | negotiations that happened over the RFP? | 1:37:39PM |
| 6 | MR. WELLS:  Objection to form. | 1:37:44PM |
| 7 | You can answer. | 1:37:45PM |
| 8 | A    In my experience I still believe that | 1:37:46PM |
| 9 | the plan could have negotiated a lower recordkeeping | 1:37:48PM |
| 10 | fee than what they said.  I mean, they are still | 1:37:50PM |
| 11 | high.  They were high then, and they're still high | 1:37:52PM |
| 12 | now. | 1:37:55PM |
| 13 | BY MS. VERGERA: | 1:37:55PM |
| 14 | Q    You believe that $23 per participant | 1:37:55PM |
| 15 | per year achieved at the end of that RFP process was | 1:37:58PM |
| 16 | too high? | 1:38:01PM |
| 17 | A    I don't know if it's too high.  I | 1:38:04PM |
| 18 | wouldn't say that it's too high.  I feel like they | 1:38:05PM |
| 19 | could have achieved a lower cost based on my | 1:38:08PM |
| 20 | experience issuing RFPs. | 1:38:10PM |
| 21 | Q    Except that you just said it was too | 1:38:12PM |
| 22 | high.  So was the fee too high, or was it not in | 1:38:14PM |
| 23 | 20 -- as a result of the 2019 RFP? | 1:38:17PM |
| 24 | MR. WELLS:  Objection. | 1:38:20PM |
| 25 | A    Okay.  I'm looking at the recordkeeping | 1:38:21PM |

Page 150

CONFIDENTIAL

```
 1    fees from table 5.                                    1:38:24PM

 2    BY MS. VERGERA:                                       1:38:28PM

 3         Q    I'm asking you a different question.        1:38:28PM

 4    Let's focus on the 2019 RFP, which resulted in a      1:38:29PM

 5    $23 per participant per year fee negotiated with      1:38:35PM

 6    Schwab as the result of an extensive RFP.  Is it      1:38:40PM

 7    your testimony that that fee, the $23 per             1:38:44PM

 8    participant per year, was too high in 2019?           1:38:47PM

 9              MR. WELLS:  Objection to form.              1:38:52PM

10              You can answer.                             1:38:53PM

11         A    Yes, I feel like it was still too high.     1:38:57PM

12    BY MS. VERGERA:                                       1:39:01PM

13         Q    And on what do you base that?               1:39:01PM

14         A    On the 5.3 billion in assets and almost     1:39:03PM

15    50,000 participants.                                  1:39:06PM

16         Q    And you're aware every entity that          1:39:09PM

17    responded to that RFP was fully aware of the assets   1:39:11PM

18    and the number of participants in the plan, correct?  1:39:16PM

19              MR. WELLS:  Objection to form.              1:39:19PM

20         A    Yes.  And like I mentioned before, with     1:39:23PM

21    my process when I have an idea what the fee should     1:39:24PM

22    come back, if I received a proposal, I would go have   1:39:27PM

23    more fee negotiations to get the fees in line with    1:39:29PM

24    where, in my experience, the fees should be.          1:39:32PM

25
```

Page 151

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MS. VERGERA: | 1:39:37PM |
| 2 | Q     Going back to where you start -- where | 1:39:37PM |
| 3 | we started with this line of questioning, it is your | 1:39:39PM |
| 4 | opinion that the plan could have achieved a fee of | 1:39:42PM |
| 5 | as low as $12 per participant per year in 2019 even | 1:39:50PM |
| 6 | though none of the respondents to the 2019 RFP | 1:39:57PM |
| 7 | returned bids that were anywhere close to $12 per | 1:40:01PM |
| 8 | participant; is that correct? | 1:40:05PM |
| 9 | A     Yes. | 1:40:06PM |
| 10 | MR. WELLS:  Objection to form. | 1:40:07PM |
| 11 | A     Yes. | 1:40:09PM |
| 12 | BY MS. VERGERA: | 1:40:14PM |
| 13 | Q     Going back to Table 4 again and to | 1:40:14PM |
| 14 | where we started, is it appropriate in your view to | 1:40:18PM |
| 15 | apply the $12 per participant per year fee across | 1:40:20PM |
| 16 | the entire relevant period even though it's your own | 1:40:25PM |
| 17 | opinion that fees have declined rapidly over the | 1:40:31PM |
| 18 | past 10 years? | 1:40:34PM |
| 19 | MR. WELLS:  Objection to form and asked | 1:40:36PM |
| 20 | and answered. | 1:40:37PM |
| 21 | You can answer again. | 1:40:37PM |
| 22 | A     Yeah, I think it is. | 1:40:39PM |
| 23 | BY MS. VERGERA: | 1:40:43PM |
| 24 | Q     If fees had declined rapidly over the | 1:40:43PM |
| 25 | past ten years, why not start at 12 and decrease | 1:40:46PM |

Page 152

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | from there over the relevant period? | 1:40:50PM |
| 2 | A    Well, like I mentioned before, I gave a | 1:40:54PM |
| 3 | range of 12 to 20 during the time period.  So this | 1:40:56PM |
| 4 | is just, again, an estimate of what a reasonable fee | 1:40:59PM |
| 5 | should be.  And so, I mean, it's -- I know what | 1:41:03PM |
| 6 | you're trying to get to is why I say that it should | 1:41:08PM |
| 7 | have been -- I guess to have the damages lower, why | 1:41:11PM |
| 8 | didn't I use the higher fee in '15 and a lower fee | 1:41:15PM |
| 9 | in '23.  I understand where you're going with that; | 1:41:18PM |
| 10 | however, 12 to 20 is just a range, and it's an | 1:41:22PM |
| 11 | estimate of the damages over the time period. | 1:41:25PM |
| 12 | Q    Yeah.  To be clear, what I'm trying to | 1:41:28PM |
| 13 | understand is the basis for your opinion that | 1:41:29PM |
| 14 | $12 per participant or even $20 per participant | 1:41:32PM |
| 15 | would have been achievable at any point in time | 1:41:36PM |
| 16 | during any of these years over the relevant period. | 1:41:39PM |
| 17 | You've described that that comes from your | 1:41:44PM |
| 18 | experience and from the comparators that you | 1:41:45PM |
| 19 | describe in your report. | 1:41:47PM |
| 20 | So let's go to those comparators.  And | 1:41:48PM |
| 21 | if you could scroll up in your report to | 1:41:50PM |
| 22 | paragraph 29.  Please tell me when you're there. | 1:41:53PM |
| 23 | A    Okay.  I'm there. | 1:42:07PM |
| 24 | Q    Let me see if I can get there, if my | 1:42:09PM |
| 25 | computer cooperates. | 1:42:12PM |

Page 153

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Tell me what is shown in this report, | 1:42:13PM |
| 2 | Ms. Bray. | 1:42:15PM |
| 3 | A      These are -- I think in this paragraph | 1:42:16PM |
| 4 | I gave about half a dozen plans that were -- most of | 1:42:20PM |
| 5 | them were smaller than the plan, and they had a | 1:42:27PM |
| 6 | lower recordkeeping fee.  So this is really just to | 1:42:29PM |
| 7 | kind of give an example of the buying power that | 1:42:30PM |
| 8 | these smaller plans had than -- they had less buying | 1:42:33PM |
| 9 | power than the fiduciary's plan and had, you know, | 1:42:37PM |
| 10 | lower recordkeeping fees than what the defendants' | 1:42:44PM |
| 11 | plan had.  So that's sort of what -- I gave about | 1:42:47PM |
| 12 | half a dozen examples here. | 1:42:50PM |
| 13 | Q      The first example, if I'm reading this | 1:42:56PM |
| 14 | paragraph correctly, is actually in the text of | 1:42:58PM |
| 15 | paragraph 29 where you say that in 2020 Fidelity | 1:43:00PM |
| 16 | quoted a 14 to $21 per participant recordkeeping fee | 1:43:07PM |
| 17 | in a lawsuit.  Then you cite to the Moitoso lawsuit. | 1:43:12PM |
| 18 | Do you see that? | 1:43:19PM |
| 19 | A      Yes. | 1:43:19PM |
| 20 | Q      Why in your opinion is that 14 to 21 | 1:43:20PM |
| 21 | per participant recordkeeping fee comparable or | 1:43:26PM |
| 22 | useful as a comparator in this particular case? | 1:43:31PM |
| 23 | A      Because from what I recall, that | 1:43:37PM |
| 24 | particular plan was over a billion dollars, and so | 1:43:39PM |
| 25 | this is, again, another example of a plan smaller | 1:43:41PM |

Page 154

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | than the defendants' plan that had more buying power | 1:43:44PM |
| 2 | than -- had less buying power but had to negotiate a | 1:43:50PM |
| 3 | lower recordkeeping fee. | 1:43:56PM |
| 4 |     Q    What do you know about the plan at | 1:43:56PM |
| 5 | issue in that Moitoso case? | 1:43:58PM |
| 6 |     MR. WELLS:  Objection to form. | 1:44:02PM |
| 7 |     A    From what I recall from it, it was the | 1:44:03PM |
| 8 | Fidelity plan, if my memory serves me correctly. | 1:44:06PM |
| 9 | I'd have to pull it back up again. | 1:44:10PM |
| 10 | BY MS. VERGERA: | 1:44:13PM |
| 11 |     Q    And I'll represent to you that that's | 1:44:13PM |
| 12 | correct, it is the Fidelity plan. | 1:44:16PM |
| 13 |     On what grounds is the Fidelity plan | 1:44:19PM |
| 14 | comparable to the Humana plan in your view? | 1:44:22PM |
| 15 |     A    They're both over a billion dollars. | 1:44:27PM |
| 16 |     Q    Anything else? | 1:44:29PM |
| 17 |     A    On the surface, I mean, it's | 1:44:32PM |
| 18 | recordkeeping, like we mentioned with the | 1:44:35PM |
| 19 | recordkeeping services provided to the plan.  Again, | 1:44:37PM |
| 20 | it just shows you, the buying power of plans over a | 1:44:39PM |
| 21 | billion dollars have lower recordkeeping fees. | 1:44:42PM |
| 22 |     Q    So in your view, are the planned assets | 1:44:48PM |
| 23 | the only factor that you used to find a comparable | 1:44:51PM |
| 24 | plan for purposes of assessing reasonable | 1:44:53PM |
| 25 | recordkeeping fees? | 1:44:57PM |

Page 155

CONFIDENTIAL

```
 1        A     No.  I look at the assets and        1:44:58PM

 2   participants.                                   1:45:02PM

 3        Q     Anything else?                        1:45:02PM

 4        A     I mean, well, for recordkeeping       1:45:05PM

 5   services, recordkeeping is being -- services are 1:45:08PM

 6   being provided to each of these plans, and that's 1:45:12PM

 7   where I received a lot of the information.  Also 1:45:14PM

 8   considered the investment options that are in the 1:45:16PM

 9   particular plan to see if there's revenue sharing or 1:45:19PM

10   not of the plan.  Again, like I mentioned before, I 1:45:22PM

11   will also read the audit that's attached to the  1:45:25PM

12   plan.                                            1:45:29PM

13        Q     Other than the assets and the number of 1:45:35PM

14   participants and information contained in the audit, 1:45:37PM

15   is there anything else you analyze in order to   1:45:40PM

16   determine what is an adequate comp?              1:45:43PM

17        A     These plans here are not considered   1:45:49PM

18   comparable plans.  These are plans that are smaller 1:45:55PM

19   and -- or have fewer participants than the plan at 1:45:58PM

20   issue.  And this table -- I mean, this paragraph 29 1:46:00PM

21   and the Table 2 are simply plans that have low   1:46:05PM

22   recordkeeping fees even though they have less buying 1:46:14PM

23   power than the plan does.  That's what the purpose 1:46:16PM

24   of this chart or table is.                       1:46:18PM

25        Q     What methodology did you use to       1:46:22PM
```

Page 156

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | identify the plans in this chart? | 1:46:24PM |
| 2 | A      Some of these plans are either plans | 1:46:32PM |
| 3 | that I've seen out just in public information.  It | 1:46:33PM |
| 4 | may have been in an article or on just plans I've | 1:46:36PM |
| 5 | done research on or plans that I know that are | 1:46:40PM |
| 6 | large, plans that have name recognition, like | 1:46:45PM |
| 7 | BlackRock and Vanguard.  I look at their plans.  So | 1:46:49PM |
| 8 | the methodology is really plans that are over a | 1:46:52PM |
| 9 | billion dollars and thousands of participants. | 1:46:55PM |
| 10 | That's where this starts. | 1:46:59PM |
| 11 | Q      But as you described, the goal of this | 1:47:03PM |
| 12 | exercise was not to find comparable plans, it was to | 1:47:06PM |
| 13 | identify plans that paid lower fees; is that right? | 1:47:11PM |
| 14 | A      As mentioned in my report, it says, | 1:47:15PM |
| 15 | "The Table 2 below identified five mega sized | 1:47:16PM |
| 16 | retirement plans with billions of dollars in assets | 1:47:19PM |
| 17 | and thousands of participants which maintain | 1:47:22PM |
| 18 | reasonable recordkeeping fees."  That's the purpose | 1:47:25PM |
| 19 | of this chart. | 1:47:27PM |
| 20 | Q      So you would not characterize these as | 1:47:28PM |
| 21 | comparable plans, correct? | 1:47:32PM |
| 22 | A      When you say "comparable," I mean, what | 1:47:33PM |
| 23 | are you referring to? | 1:47:35PM |
| 24 | Q      Are they comparable to the Humana plan? | 1:47:37PM |
| 25 | I'm using a word that you used a moment ago when you | 1:47:39PM |

Page 157

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | said these were not comparable.  I'm just trying to | 1:47:41PM |
| 2 | establish that it is not your opinion these are | 1:47:44PM |
| 3 | comparable plans to the Humana plan. | 1:47:45PM |
| 4 | MR. WELLS:  Objection to form. | 1:47:49PM |
| 5 | You can answer. | 1:47:50PM |
| 6 | A      These plans are mega plans like the | 1:47:51PM |
| 7 | Humana plan that have thousands of participants, | 1:47:55PM |
| 8 | like the Humana plan that have reasonable | 1:47:57PM |
| 9 | recordkeeping fees unlike the Humana plan.  So | 1:48:01PM |
| 10 | that's what I'm saying here in my report. | 1:48:04PM |
| 11 | BY MS. VERGERA: | 1:48:06PM |
| 12 | Q      So going back to where we started with | 1:48:06PM |
| 13 | this, you selected these plans based on their assets | 1:48:08PM |
| 14 | and number of participants.  Any other factors that | 1:48:14PM |
| 15 | went into your selecting these plans for inclusion | 1:48:18PM |
| 16 | in this chart? | 1:48:22PM |
| 17 | A      Well, that's where I start.  And then I | 1:48:25PM |
| 18 | look at their form 5500 and the assets that are -- | 1:48:27PM |
| 19 | I'm sorry, the investment options that are in their | 1:48:32PM |
| 20 | plan.  And if they have reasonable recordkeeping | 1:48:35PM |
| 21 | fees, I will go and look at their investments.  And | 1:48:37PM |
| 22 | if their investments elect these plans, most, if not | 1:48:40PM |
| 23 | all these plans have collective investment trusts | 1:48:46PM |
| 24 | that have no revenue sharing or they have share | 1:48:48PM |
| 25 | classes that are low cost share classes that have no | 1:48:52PM |

Page 158

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | revenue or little revenue sharing at all to where it | 1:48:56PM |
| 2 | would be insignificant.  And then I would calculate | 1:48:59PM |
| 3 | the recordkeeping fees that I would see either in | 1:49:01PM |
| 4 | the Schedule H audit that they defined what the | 1:49:04PM |
| 5 | recordkeeping fee was for the plan or I'll pull the | 1:49:08PM |
| 6 | information off of the 5500 and calculate the | 1:49:11PM |
| 7 | recordkeeping fee that way since the plan had -- | 1:49:14PM |
| 8 | would have little to no revenue share in it. | 1:49:17PM |
| 9 |     Q    Leaving aside how you calculated the | 1:49:20PM |
| 10 | recordkeeping fee and just focusing on how you | 1:49:23PM |
| 11 | selected these plans, did you use any other factors | 1:49:25PM |
| 12 | beyond plan assets and number of participants to | 1:49:30PM |
| 13 | determine which plans to put into this chart? | 1:49:34PM |
| 14 |     A    No. | 1:49:41PM |
| 15 |     Q    And with respect to the Fidelity plan | 1:49:44PM |
| 16 | that's mentioned in the text of the paragraph, did | 1:49:46PM |
| 17 | you do anything to analyze the attributes of that | 1:49:54PM |
| 18 | plan beyond looking at the stipulation that was | 1:49:56PM |
| 19 | filed in Moitoso? | 1:50:00PM |
| 20 |     A    Not in this report, no. | 1:50:01PM |
| 21 |     Q    You didn't analyze the form 5500s for | 1:50:03PM |
| 22 | that plan in order to determine whether to include | 1:50:05PM |
| 23 | it here, did you? | 1:50:07PM |
| 24 |     A    No, I didn't. | 1:50:09PM |
| 25 |     Q    You simply listed the fee amount that | 1:50:10PM |

Page 159

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | was provided in the stipulation filed in that case, | 1:50:12PM |
| 2 | right? | 1:50:17PM |
| 3 | A    I mean, I use that information, | 1:50:17PM |
| 4 | actually that particular information in pretty much | 1:50:21PM |
| 5 | every report that I use when I am looking at | 1:50:23PM |
| 6 | recordkeeping fees, reasonable recordkeeping fees. | 1:50:29PM |
| 7 | Q    But you didn't look at the form 5500s | 1:50:30PM |
| 8 | in order to be able to determine the -- determine | 1:50:32PM |
| 9 | what was actually paid by the plan or any other | 1:50:36PM |
| 10 | sources to determine what was actually paid by the | 1:50:38PM |
| 11 | plan; is that right? | 1:50:41PM |
| 12 | A    Right.  That's why it's not Table 2. | 1:50:41PM |
| 13 | Q    So you don't know whether the Fidelity | 1:50:45PM |
| 14 | plan paid within 14 to $21.  You've not verified | 1:50:48PM |
| 15 | that, correct? | 1:50:54PM |
| 16 | MR. WELLS:  Objection to form. | 1:50:56PM |
| 17 | You can answer. | 1:50:56PM |
| 18 | A    What I'm saying in my report is in 2020 | 1:51:00PM |
| 19 | Fidelity quoted a $14 to $21 participant | 1:51:02PM |
| 20 | recordkeeping fee in a lawsuit.  That's what I am | 1:51:04PM |
| 21 | putting in there.  I put it there -- and you have | 1:51:07PM |
| 22 | the reference to it -- where the source came from. | 1:51:09PM |
| 23 | So that's what I'm stating in this -- as a | 1:51:11PM |
| 24 | reasonable recordkeeping fee as one of my half a | 1:51:15PM |
| 25 | dozen examples. | 1:51:18PM |

Page 160

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MS. VERGERA: | 1:51:19PM |
| 2 | Q    And here we know that Fidelity quoted | 1:51:19PM |
| 3 | $44 per participant per year when it participated in | 1:51:22PM |
| 4 | the 2014 RFP, right? | 1:51:25PM |
| 5 | A    I'd have to look at it.  I haven't -- I | 1:51:31PM |
| 6 | don't recall what they quoted. | 1:51:34PM |
| 7 | Q    If I represented to you that Fidelity | 1:51:37PM |
| 8 | quoted $44 per participant per year to bid for this | 1:51:39PM |
| 9 | plan's recordkeeping services in 2014, would that | 1:51:43PM |
| 10 | change your opinion at all that Fidelity's listed | 1:51:49PM |
| 11 | range from the stipulation in Moitoso, though, is | 1:51:54PM |
| 12 | applicable to the Humana plan here? | 1:51:57PM |
| 13 | A    We're in the six years in between that | 1:52:00PM |
| 14 | proposal and this particular quote, so I really | 1:52:02PM |
| 15 | can't give an opinion on that.  I mean, it's a lot | 1:52:05PM |
| 16 | of time period.  And with the compression, I think | 1:52:13PM |
| 17 | that this would be a reasonable fee for a plan in | 1:52:15PM |
| 18 | 2020. | 1:52:18PM |
| 19 | Q    Turning back to the plans that are | 1:52:25PM |
| 20 | listed in the chart, did you do anything to analyze | 1:52:27PM |
| 21 | the actual services that were being received by | 1:52:30PM |
| 22 | these plans for their recordkeeping fees? | 1:52:34PM |
| 23 | A    Yes.  I mean, I confirmed the | 1:52:44PM |
| 24 | recordkeeping fee service codes, but I didn't look | 1:52:46PM |
| 25 | at the FedEx service agreement or anything that's | 1:52:48PM |

Page 161

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | not public information out there on these plans.  I | 1:52:52PM |
| 2 | don't have access to their -- any of these plans' | 1:52:56PM |
| 3 | nonpublic information. | 1:53:01PM |
| 4 | Q    So you didn't look at the FedEx | 1:53:02PM |
| 5 | recordkeeping services agreement, correct? | 1:53:05PM |
| 6 | A    Correct.  It's not publicly available | 1:53:09PM |
| 7 | information. | 1:53:11PM |
| 8 | Q    Did you look at any information that | 1:53:12PM |
| 9 | described the recordkeeping services that FedEx | 1:53:18PM |
| 10 | contracted for for its plan? | 1:53:22PM |
| 11 | A    No.  I don't have access to their | 1:53:29PM |
| 12 | service agreements.  That would be private | 1:53:31PM |
| 13 | information that would not be something that people | 1:53:33PM |
| 14 | can see out there, their contracts, their service | 1:53:35PM |
| 15 | agreements. | 1:53:40PM |
| 16 | Q    And is that the same answer for the | 1:53:41PM |
| 17 | other plans listed in this chart, that you did not | 1:53:42PM |
| 18 | look at their service agreements or any other source | 1:53:45PM |
| 19 | that would have described the services they were | 1:53:47PM |
| 20 | receiving for their recordkeeping fees? | 1:53:50PM |
| 21 | MR. WELLS:  Objection to form. | 1:53:54PM |
| 22 | A    I did not look at any of these plan | 1:53:56PM |
| 23 | service agreements, but in my experience in | 1:53:58PM |
| 24 | reviewing service agreements for recordkeepers, I'm | 1:54:00PM |
| 25 | looking at them every single week with regard to | 1:54:02PM |

Page 162

CONFIDENTIAL

| 1 | bids because I asked for that in my RFP, and they | 1:54:05PM |
| 2 | are the services across -- you know, the | 1:54:08PM |
| 3 | recordkeeping services provided in these plans are | 1:54:10PM |
| 4 | similar, if not the same, to the ones being provided | 1:54:13PM |
| 5 | to the Humana plan. | 1:54:17PM |
| 6 | BY MS. VERGERA: | 1:54:22PM |
| 7 | Q     But you didn't analyze any information, | 1:54:22PM |
| 8 | whether public or not, that would have allowed you | 1:54:24PM |
| 9 | to verify that with these particular plans, did you? | 1:54:27PM |
| 10 | A     No, because I don't have access to | 1:54:30PM |
| 11 | their particular service agreements. | 1:54:32PM |
| 12 | Q     So you didn't then do an analysis | 1:54:34PM |
| 13 | comparing the services, the recordkeeping services | 1:54:37PM |
| 14 | that these plans were receiving as compared to the | 1:54:41PM |
| 15 | recordkeeping services that Humana was receiving, | 1:54:45PM |
| 16 | correct? | 1:54:47PM |
| 17 | A     I mean Humana and FedEx and | 1:54:48PM |
| 18 | CliftonLarson and BlackRock and Vanguard and the | 1:54:52PM |
| 19 | Cargill partnership, they're all receiving | 1:54:54PM |
| 20 | recordkeeping services from their recordkeeper, | 1:54:58PM |
| 21 | so -- and like I mentioned before, they're all | 1:54:59PM |
| 22 | pretty much the same services when it comes to | 1:55:01PM |
| 23 | recordkeeping. | 1:55:05PM |
| 24 | Q     In your experience, but you've not done | 1:55:05PM |
| 25 | any analysis to verify whether the services that | 1:55:07PM |

Page 163

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | were actually contracted for by these plans were | 1:55:10PM |
| 2 | similar to the services that Humana contracted for | 1:55:13PM |
| 3 | in its own recordkeeping arrangement, correct? | 1:55:18PM |
| 4 | A    Correct.  Again, the purpose of this is | 1:55:22PM |
| 5 | to show the reasonable recordkeeping fees of these | 1:55:24PM |
| 6 | plans that were smaller but -- some were smaller and | 1:55:28PM |
| 7 | had more buying power -- had less buying power than | 1:55:31PM |
| 8 | the plan and still had lower fees. | 1:55:33PM |
| 9 | Q    The reasonable recordkeeping fees in | 1:55:35PM |
| 10 | your opinion without regard to the services actually | 1:55:38PM |
| 11 | received, correct? | 1:55:41PM |
| 12 | MR. WELLS:  Objection to form. | 1:55:43PM |
| 13 | You can answer. | 1:55:44PM |
| 14 | A    I think I answered before.  Yeah, it's | 1:55:45PM |
| 15 | recordkeeping services. | 1:55:50PM |
| 16 | BY MS. VERGERA: | 1:55:50PM |
| 17 | Q    Without regard to the services actually | 1:55:50PM |
| 18 | received, correct? | 1:55:53PM |
| 19 | MR. WELLS:  Same objection. | 1:55:55PM |
| 20 | A    Yes.  And, again, recordkeeping | 1:55:59PM |
| 21 | services are similar or the same across the board | 1:56:00PM |
| 22 | for all plans.  Whether or not I reviewed their | 1:56:03PM |
| 23 | individual service agreements or not in my | 1:56:07PM |
| 24 | experience of 20 years, I have a good idea of what | 1:56:09PM |
| 25 | services are being provided to retirement plans when | 1:56:12PM |

Page 164

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | it comes to recordkeeping. | 1:56:18PM |
| 2 | BY MS. VERGERA: | 1:56:21PM |
| 3 | Q    The BlackRock plan that you list in | 1:56:21PM |
| 4 | this chart is one where you note that BlackRock pays | 1:56:21PM |
| 5 | all of the recordkeeping and trustee fees, and | 1:56:27PM |
| 6 | there's a $2.50 administrative fee.  Do you see | 1:56:32PM |
| 7 | that? | 1:56:34PM |
| 8 | A    Yes. | 1:56:34PM |
| 9 | Q    There's no requirement that plan | 1:56:35PM |
| 10 | sponsors pay recordkeeping fees, is there? | 1:56:37PM |
| 11 | A    No.  That's actually very generous of | 1:56:40PM |
| 12 | BlackRock to do that. | 1:56:42PM |
| 13 | Q    Why include this on the chart if there | 1:56:43PM |
| 14 | aren't recordkeeping fees being paid by the plan? | 1:56:50PM |
| 15 | A    Well, I think that you and I | 1:56:53PM |
| 16 | mentioned -- or I mentioned earlier before that | 1:56:55PM |
| 17 | administration could -- or administrative tasks | 1:56:57PM |
| 18 | could possibly be part of recordkeeping depending on | 1:56:59PM |
| 19 | what the task was.  And they didn't define the task, | 1:57:03PM |
| 20 | so that's why I put it on there.  So it could be a | 1:57:05PM |
| 21 | potential task that was included in the | 1:57:08PM |
| 22 | recordkeeping, but they break it off and call it an | 1:57:11PM |
| 23 | administrative fee.  And since it's an | 1:57:13PM |
| 24 | administrative, I put it on there. | 1:57:14PM |
| 25 | Q    You're not expressing an opinion here | 1:57:16PM |

Page 165

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that Humana should have paid the entirety of the | 1:57:18PM |
| 2 | plan's recordkeeping fees in this case, are you? | 1:57:20PM |
| 3 | A    I mean, whether or not they should pay | 1:57:24PM |
| 4 | it, I guess it would depend on their cash flow side. | 1:57:30PM |
| 5 | I don't know what their particular situation is. | 1:57:34PM |
| 6 | But I do see, you know, some of my plan sponsors, | 1:57:35PM |
| 7 | they're either paying all of the recordkeeping or | 1:57:40PM |
| 8 | they're paying no recordkeeping.  Just depends.  I | 1:57:43PM |
| 9 | think it's pretty much all or nothing.  So it's | 1:57:45PM |
| 10 | really up to Humana on what works best for their | 1:57:48PM |
| 11 | organization. | 1:57:53PM |
| 12 | Q    So let me rephrase that.  You're not | 1:57:54PM |
| 13 | providing an expert opinion that it was required by | 1:57:56PM |
| 14 | the DOL or ERISA or otherwise that a plan sponsor | 1:57:58PM |
| 15 | like Humana pay the recordkeeping fees, correct? | 1:58:03PM |
| 16 | MR. WELLS:  Objection to form. | 1:58:07PM |
| 17 | A    No, it's not required by any government | 1:58:07PM |
| 18 | or regulator. | 1:58:11PM |
| 19 | BY MS. VERGERA: | 1:58:12PM |
| 20 | Q    Nor are you providing an expert | 1:58:12PM |
| 21 | opinion, purported expert opinion that that's even | 1:58:17PM |
| 22 | the best practice, right? | 1:58:20PM |
| 23 | A    I'm not saying it's a best practice, | 1:58:22PM |
| 24 | no.  I think it's -- I'm seeing more plan sponsors | 1:58:26PM |
| 25 | pay for recordkeeping fees, but I'm not saying it's | 1:58:29PM |

Page 166

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the best practice as of yet.  We might get there one | 1:58:33PM |
| 2 | day but not right now. | 1:58:36PM |
| 3 | MS. VERGERA:  All right, let's go off | 1:58:37PM |
| 4 | the record. | 1:58:37PM |
| 5 | THE VIDEOGRAPHER:  The time on the | 1:58:41PM |
| 6 | monitor is 1:58 p.m., and we are going off | 1:58:41PM |
| 7 | the record. | 1:58:44PM |
| 8 | (A recess was taken from 1:58 p.m. to | 1:58:44PM |
| 9 | 2:18 p.m.) | 1:58:44PM |
| 10 | THE VIDEOGRAPHER:  The time on the | 2:18:35PM |
| 11 | monitor is 2:18 p.m., and we're back on the | 2:18:36PM |
| 12 | record. | 2:18:39PM |
| 13 | BY MS. VERGARA: | 2:18:41PM |
| 14 | Q    Ms. Bray, let's stay on this Table 2 in | 2:18:42PM |
| 15 | your report.  And I'd like to understand -- you've | 2:18:44PM |
| 16 | described a little bit the methodology that you used | 2:18:49PM |
| 17 | to select the plans that you included in this chart. | 2:18:52PM |
| 18 | Did you apply any factors to determine | 2:18:57PM |
| 19 | whether there were plans that you would not include | 2:19:01PM |
| 20 | in the chart that you otherwise looked at? | 2:19:04PM |
| 21 | A    No. | 2:19:17PM |
| 22 | Q    So the plans listed in this chart are | 2:19:17PM |
| 23 | the sum total of the plans that you examined for | 2:19:19PM |
| 24 | potential inclusion in the chart; is that right? | 2:19:23PM |
| 25 | A    I mean, I didn't -- like I mentioned | 2:19:27PM |

Page 167

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | before, I have either, you know, seen these plans | 2:19:29PM |
| 2 | out in public information or just by name | 2:19:33PM |
| 3 | recognition looked up those plans.  And so these are | 2:19:37PM |
| 4 | the plans I decided to include. | 2:19:41PM |
| 5 | And I included six plans total just | 2:19:43PM |
| 6 | because it looks like, just from previous, I guess | 2:19:47PM |
| 7 | retirement plan lawsuits.  Some of the complaints | 2:19:53PM |
| 8 | will have two or three plans that might be | 2:19:56PM |
| 9 | reasonable recordkeeping fees, to compare | 2:20:00PM |
| 10 | recordkeeping fees.  So I decided to add a couple | 2:20:03PM |
| 11 | more and have six versus two or three.  I felt like | 2:20:05PM |
| 12 | six is a good mix to give an idea of what plans are | 2:20:09PM |
| 13 | for $1 billion and thousands of participants should | 2:20:14PM |
| 14 | receive for -- should get -- should pay for | 2:20:18PM |
| 15 | recordkeeping fees. | 2:20:22PM |
| 16 | Q     Thanks for clarifying that. | 2:20:23PM |
| 17 | And so in selecting these plans, just | 2:20:24PM |
| 18 | to make sure that I understand clearly, these were | 2:20:29PM |
| 19 | plans that you were either aware of having seen them | 2:20:32PM |
| 20 | out there or plans whose names you recognized and | 2:20:36PM |
| 21 | then looked up to analyze and put into this chart or | 2:20:41PM |
| 22 | into paragraph 29; is that right? | 2:20:47PM |
| 23 | A     Yes. | 2:20:50PM |
| 24 | Q     So, in other words, you didn't do -- | 2:20:52PM |
| 25 | you didn't, like, search a database using particular | 2:20:54PM |

Page 168

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | factors or go through a more methodical approach to | 2:20:58PM |
| 2 | select these plans; is that right? | 2:21:04PM |
| 3 | MR. WELLS:  Objection to form. | 2:21:07PM |
| 4 | A     Not for this list, no.  Not for this | 2:21:09PM |
| 5 | report, no. | 2:21:11PM |
| 6 | BY MS. VERGARA: | 2:21:16PM |
| 7 | Q     And looking at the last column now, the | 2:21:16PM |
| 8 | reasonable recordkeeping fee per participant, it | 2:21:18PM |
| 9 | looks to me, but correct me if I'm wrong, that you | 2:21:22PM |
| 10 | calculated those figures in part by reference to the | 2:21:27PM |
| 11 | plan's form 5500s; is that right? | 2:21:29PM |
| 12 | A     Yeah, partially from that information. | 2:21:36PM |
| 13 | Q     And what other information did you | 2:21:38PM |
| 14 | consult in deriving those numbers? | 2:21:43PM |
| 15 | A     As I mentioned earlier, I also looked | 2:21:50PM |
| 16 | at the plan audit on some of these and also the | 2:21:52PM |
| 17 | investment options that are in these plans.  A lot | 2:21:56PM |
| 18 | of them have collective investment trusts that have | 2:22:01PM |
| 19 | no revenue sharing and very low cost and then -- | 2:22:04PM |
| 20 | like I mentioned before, I might see information out | 2:22:10PM |
| 21 | there in an article on a particular plan of what | 2:22:13PM |
| 22 | they were paying, and so I'll just make a note of it | 2:22:16PM |
| 23 | and where I found it if it was something that was | 2:22:21PM |
| 24 | noteworthy for me reading through various | 2:22:24PM |
| 25 | publications or industry-related information on a | 2:22:29PM |

Page 169

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | particular plan. | 2:22:33PM |
| 2 | Q    Can you break that down for me?  And | 2:22:36PM |
| 3 | maybe you can just use the first plan, the FedEx | 2:22:38PM |
| 4 | plan as an example.  How did you calculate the | 2:22:40PM |
| 5 | reasonable recordkeeping fee that you have listed | 2:22:43PM |
| 6 | there in the last column?  What steps did you take? | 2:22:46PM |
| 7 | A    So with FedEx -- and I'll have to -- | 2:22:51PM |
| 8 | might want to refer to the form 5500.  But with | 2:22:54PM |
| 9 | FedEx, from what I recall, I pulled the plan assets | 2:22:57PM |
| 10 | from the assets into the plan year that was on | 2:23:01PM |
| 11 | the -- one of the last schedule of assets in the | 2:23:06PM |
| 12 | audit, like one of the last pages from their audit. | 2:23:10PM |
| 13 | And the participants, I believe, was | 2:23:13PM |
| 14 | from the number of participants with account | 2:23:16PM |
| 15 | balances at the end of the plan year.  And the | 2:23:19PM |
| 16 | recordkeeping fee, I believe I got that from the | 2:23:23PM |
| 17 | form 5500 data. | 2:23:26PM |
| 18 | And, of course, I looked at the | 2:23:28PM |
| 19 | investment options to ensure that they had, you | 2:23:30PM |
| 20 | know -- if they had investment options that had | 2:23:36PM |
| 21 | revenue sharing or not, and they didn't.  Mostly | 2:23:38PM |
| 22 | this plan, from what I remember, had a lot of | 2:23:41PM |
| 23 | collect investment trusts that didn't have any | 2:23:44PM |
| 24 | revenue sharing.  So that's where I got the | 2:23:48PM |
| 25 | estimated -- or reasonable recordkeeping fee per | 2:23:51PM |

Page 170

| | | |
|---|---|---|
| 1 | the class period, especially in '15, '16, '17. | 2:28:56PM |
| 2 | Q    So is it your opinion that these | 2:29:03PM |
| 3 | reasonable recordkeeping fees are reasonable amounts | 2:29:04PM |
| 4 | for earlier in the class period for the Humana plan? | 2:29:11PM |
| 5 | A    Yes.  I mean, any plan's over a billion | 2:29:21PM |
| 6 | dollars with a thousand participants is attractive | 2:29:23PM |
| 7 | to your record keeper.  And so negotiating | 2:29:26PM |
| 8 | recordkeeping fees at that size is a lot easier to | 2:29:28PM |
| 9 | do than, you know, with smaller plans with smaller | 2:29:36PM |
| 10 | participants. | 2:29:39PM |
| 11 | Q    Well, but even if we assume that is | 2:29:43PM |
| 12 | true that a plan of a particular size is attractive | 2:29:46PM |
| 13 | to record keepers, whatever that means, it still is | 2:29:50PM |
| 14 | true, in your opinion, that fees have decreased | 2:29:54PM |
| 15 | rapidly over the last ten years, no? | 2:29:58PM |
| 16 | MR. WELLS:  Objection to form. | 2:30:03PM |
| 17 | A    They have declined over the last ten | 2:30:05PM |
| 18 | years, right. | 2:30:07PM |
| 19 | BY MS. VERGARA: | 2:30:10PM |
| 20 | Q    So how is it reasonable then to | 2:30:10PM |
| 21 | extrapolate a reasonable recordkeeping fee that's | 2:30:13PM |
| 22 | based on 2020 to 2022 data and apply it to earlier | 2:30:17PM |
| 23 | in the class period? | 2:30:24PM |
| 24 | A    Well, because the difference in the | 2:30:29PM |
| 25 | assets in the participants from 15 to present, and | 2:30:33PM |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that's -- like I mentioned before, I gave the 12 to | 2:30:41PM |
| 2 | $20 range because of the different time periods. | 2:30:44PM |
| 3 | Again, it's an estimate. | 2:30:55PM |
| 4 | Q    So this is an estimate.  You're not | 2:30:56PM |
| 5 | saying that these particular fees could have been | 2:30:58PM |
| 6 | achieved by the Humana plan earlier in the class | 2:30:59PM |
| 7 | period; is that right? | 2:31:02PM |
| 8 | MR. WELLS:  Objection to form. | 2:31:05PM |
| 9 | A    I mean, I truly believe in my | 2:31:05PM |
| 10 | experience that these fees could have been achieved | 2:31:07PM |
| 11 | by the Humana Plan anytime during the class period. | 2:31:10PM |
| 12 | BY MS. VERGARA: | 2:31:17PM |
| 13 | Q    And what's that based on? | 2:31:17PM |
| 14 | A    My experience in issuing record keeper | 2:31:18PM |
| 15 | RFPs. | 2:31:24PM |
| 16 | Q    So let's take $12 per participant per | 2:31:29PM |
| 17 | year as an example, the bottom end of your range. | 2:31:32PM |
| 18 | Can you name a single plan that's comparable to the | 2:31:36PM |
| 19 | Humana plan in size that paid $12 per participant | 2:31:40PM |
| 20 | per year in 2015? | 2:31:46PM |
| 21 | A    I would have to do some research to go | 2:31:50PM |
| 22 | back to look at that. | 2:31:53PM |
| 23 | Q    But as you sit here today, can you name | 2:31:54PM |
| 24 | a single plan that paid that amount during that year | 2:31:55PM |
| 25 | of a comparable size to the Humana plan? | 2:31:58PM |

Page 175

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A    Not off the top of my head.  No, I | 2:32:01PM |
| 2 | cannot.  I'd have to do some research.  I'm sure | 2:32:04PM |
| 3 | there are plans that paid that. | 2:32:07PM |
| 4 | Q    You're sure there are plans that paid | 2:32:08PM |
| 5 | that that are of comparable size to Humana and | 2:32:13PM |
| 6 | received comparable services? | 2:32:16PM |
| 7 | A    I am sure there are plans.  Whether | 2:32:19PM |
| 8 | it's one or 10 or 20 or five that paid $12 per | 2:32:21PM |
| 9 | participant during that time period, yes, there are | 2:32:26PM |
| 10 | plans out there. | 2:32:29PM |
| 11 | Q    But none of those are disclosed in your | 2:32:31PM |
| 12 | report, correct? | 2:32:33PM |
| 13 | A    Correct.  I only went from 2020 to 2022 | 2:32:34PM |
| 14 | with my information.  And it's interesting because | 2:32:38PM |
| 15 | over the years of work I've done on retirement | 2:32:41PM |
| 16 | plans, I've given examples or comparators for | 2:32:43PM |
| 17 | previous years, and I've been asked to do a more | 2:32:47PM |
| 18 | recent.  So it sounds like for the future I should | 2:32:49PM |
| 19 | do it over a time period now because every counsel | 2:32:52PM |
| 20 | wants different information, so I guess you -- it's | 2:32:56PM |
| 21 | interesting because what one counsel likes to see is | 2:33:00PM |
| 22 | not so much what the other counsel likes to see. | 2:33:03PM |
| 23 | Q    Well, yeah, it's not so much what I | 2:33:08PM |
| 24 | like to see.  I'm just trying to understand the | 2:33:10PM |
| 25 | basis for your opinions. | 2:33:11PM |

Page 176

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | So sticking with 2015, can you name a | 2:33:12PM |
| 2 | single plan that's comparable to Humana's plan in | 2:33:18PM |
| 3 | size and received comparable recordkeeping services | 2:33:25PM |
| 4 | and paid $20 per participant per year in | 2:33:29PM |
| 5 | recordkeeping fees? | 2:33:34PM |
| 6 | A     Well, I'm assuming BlackRock has had | 2:33:37PM |
| 7 | this arrangement for their plan for the last decade. | 2:33:39PM |
| 8 | This would be the plan every single year that would | 2:33:42PM |
| 9 | pay less than that. | 2:33:46PM |
| 10 | Q     Do you know that for certain? | 2:33:47PM |
| 11 | A     No.  That's why I said assuming. | 2:33:49PM |
| 12 | MS. VERGARA:  I'm sorry, can we go off | 2:33:59PM |
| 13 | the record?  My smoke alarm is going off.  I | 2:34:00PM |
| 14 | sincerely apologize. | 2:34:03PM |
| 15 | THE VIDEOGRAPHER:  Time on the monitor | 2:34:05PM |
| 16 | is 2:34 p.m.  Going off the record. | 2:34:06PM |
| 17 | (A recess was taken from 2:34 p.m. to | 2:34:07PM |
| 18 | 2:41 p.m.) | 2:34:07PM |
| 19 | THE VIDEOGRAPHER:  Time on the monitor | 2:41:08PM |
| 20 | is 2:41 p.m.  And we're back on the record. | 2:41:10PM |
| 21 | BY MS. VERGARA: | 2:41:12PM |
| 22 | Q     So going back briefly, Ms. Bray, to | 2:41:12PM |
| 23 | Table 2 in your opening report.  And just to try to | 2:41:17PM |
| 24 | streamline this is bit, can you name any plan that's | 2:41:24PM |
| 25 | of comparable size to the Humana plan and received | 2:41:29PM |

Page 177

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | comparable recordkeeping services that paid $12 per | 2:41:31PM |
| 2 | participant per year for any year during the class | 2:41:38PM |
| 3 | period? | 2:41:44PM |
| 4 | A    Yes.  I identified here in this table | 2:41:45PM |
| 5 | from 2020 to 2022 plans, but I just did not identify | 2:41:48PM |
| 6 | prior to that. | 2:41:53PM |
| 7 | Q    And when you mentioned the ones that | 2:42:00PM |
| 8 | you identified for 2020 to 2022, which ones are you | 2:42:01PM |
| 9 | identifying in particular? | 2:42:05PM |
| 10 | A    So in 2021, the FedEx Corporation's | 2:42:14PM |
| 11 | plan.  And then the -- so in 2021 it was the FedEx | 2:42:17PM |
| 12 | plan and the CliftonLarsonAllen plan and the | 2:42:26PM |
| 13 | BlackRock plan.  And then in 2020 it was the | 2:42:30PM |
| 14 | Vanguard plan and the Cargill partnership plan. | 2:42:33PM |
| 15 | Q    And to be clear, those numbers, as you | 2:42:37PM |
| 16 | testified a little bit ago, are your best estimates | 2:42:39PM |
| 17 | of the fees paid by the plans, but you have not | 2:42:42PM |
| 18 | independently verified whether those fees were | 2:42:46PM |
| 19 | actually paid by those plans, correct? | 2:42:49PM |
| 20 | A    I just -- correct.  I used the basic -- | 2:42:52PM |
| 21 | I mean, the information that is available publicly | 2:42:55PM |
| 22 | for these plans. | 2:43:00PM |
| 23 | Q    And none of these plans, with the | 2:43:04PM |
| 24 | exception of BlackRock where the plan sponsor paid | 2:43:08PM |
| 25 | the fees and Vanguard where you have a fee listed of | 2:43:12PM |

Page 178

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | $12.05, paid anything close to $12 at any point as | 2:43:15PM |
| 2 | expressed in this table, correct? | 2:43:26PM |
| 3 | A    In this table, yes.  Correct. | 2:43:30PM |
| 4 | Q    And beyond the plans that are listed in | 2:43:39PM |
| 5 | this Table and in this paragraph, can you identify | 2:43:40PM |
| 6 | any plans that are of comparable size to Humana and | 2:43:46PM |
| 7 | received comparable recordkeeping services that | 2:43:53PM |
| 8 | actually paid between $12 and $20 per participant | 2:43:56PM |
| 9 | per year in recordkeeping services over the relevant | 2:44:01PM |
| 10 | period? | 2:44:07PM |
| 11 | A    Outside of the Table 2 here, these are | 2:44:08PM |
| 12 | the plans that I performed the research for.  I did | 2:44:12PM |
| 13 | not perform research for any years prior or any | 2:44:14PM |
| 14 | other plans for this report. | 2:44:17PM |
| 15 | Q    In your rebuttal report, Ms. Bray -- we | 2:44:25PM |
| 16 | can pull this up if we need to, but I think we may | 2:44:27PM |
| 17 | not need to -- you express an opinion that the | 2:44:30PM |
| 18 | Humana plan did not, in fact, receive services that | 2:44:35PM |
| 19 | were higher than the norm. | 2:44:42PM |
| 20 | Do you remember having described that | 2:44:45PM |
| 21 | in your rebuttal report? | 2:44:46PM |
| 22 | A    Yes. | 2:44:48PM |
| 23 | Q    What is the basis for that opinion, | 2:44:50PM |
| 24 | Ms. Bray? | 2:44:52PM |
| 25 | A    From what I recall, I'm basing it on | 2:44:54PM |

Page 179

CONFIDENTIAL

| | |
|---|---|
| 1 | the information that I reviewed for this matter.  I | 2:44:56PM |
| 2 | reviewed the service agreements and the Schwab | 2:45:02PM |
| 3 | services that were being performed to the plan from | 2:45:05PM |
| 4 | the service agreements and I believe the fee | 2:45:10PM |
| 5 | disclosure documents and other documentation.  There | 2:45:21PM |
| 6 | wasn't anything that was different based on my | 2:45:24PM |
| 7 | experience of reviewing Schwab's service agreements | 2:45:26PM |
| 8 | for other prospective clients or prospective clients | 2:45:29PM |
| 9 | for Schwab or for the other service agreements for | 2:45:32PM |
| 10 | other record keepers. | 2:45:36PM |
| 11 | Q     And you're aware that in this case | 2:45:40PM |
| 12 | certain of the benchmarking reports conducted for | 2:45:42PM |
| 13 | the plan, and in particular the IAC reports, | 2:45:45PM |
| 14 | described that the Humana plan actually did receive | 2:45:49PM |
| 15 | a higher level of services than comparable plans. | 2:45:52PM |
| 16 | Are you aware of that? | 2:45:55PM |
| 17 | A     Well, I'm aware of the reports that | 2:45:58PM |
| 18 | were provided, but the individuals that were running | 2:46:02PM |
| 19 | the reports on behalf of the plan are not | 2:46:07PM |
| 20 | experienced with plans the size of the Humana plan. | 2:46:11PM |
| 21 | So I'm not confident in their ability to be able to | 2:46:16PM |
| 22 | run reports on behalf of the plan because they don't | 2:46:20PM |
| 23 | have experience negotiating recordkeeping fees or -- | 2:46:23PM |
| 24 | with plans the size of the Humana plan. | 2:46:26PM |
| 25 | Q     And who specifically are you referring | 2:46:30PM |

Page 180

| 1 | Q     And what's your opinion of Fiduciary | 2:51:15PM |
| 2 | Benchmarks? | 2:51:17PM |
| 3 | A     Fiduciary Benchmarks is a -- one of the | 2:51:20PM |
| 4 | benchmarking databases that advisors will use to | 2:51:23PM |
| 5 | benchmark plans and input the information based on | 2:51:28PM |
| 6 | the services being provided by a record keeper to | 2:51:32PM |
| 7 | determine reasonable recordkeeping fees. | 2:51:37PM |
| 8 | And the information that the advisors | 2:51:39PM |
| 9 | put in are the services -- I think that it can be a | 2:51:41PM |
| 10 | good tool to use for benchmarking based on the data | 2:51:45PM |
| 11 | being put input in.  If you're getting good, | 2:51:48PM |
| 12 | accurate data put in -- because it's what you put | 2:51:51PM |
| 13 | into it is what the information that comes out.  So | 2:51:54PM |
| 14 | garbage in, garbage out.  If you're putting in | 2:51:57PM |
| 15 | accurate information, it's a good -- it's a good | 2:51:59PM |
| 16 | report to use for benchmarking. | 2:52:01PM |
| 17 | Q     And do you have any reason to believe | 2:52:04PM |
| 18 | that they're not putting in accurate data at | 2:52:05PM |
| 19 | Fiduciary Benchmarks? | 2:52:08PM |
| 20 | A     I wasn't referring to Fiduciary | 2:52:10PM |
| 21 | Benchmarks.  I'm referring to the either advisor or | 2:52:13PM |
| 22 | record keeper or consultant that's inputting the | 2:52:17PM |
| 23 | information that the particular plan that they're | 2:52:20PM |
| 24 | trying to benchmark is -- the services that the | 2:52:22PM |
| 25 | plan's being provided. | 2:52:25PM |

Page 184

CONFIDENTIAL

```
 1          Q     Do you have any reason to believe that      2:52:27PM

 2    the information that was input with respect to the      2:52:29PM

 3    Humana plan for purposes of these benchmarking          2:52:33PM

 4    exercises was inaccurate or garbage?                    2:52:36PM

 5          A     I believe, based on your statement,         2:52:42PM

 6    that IAC stated that they had -- that the plan had      2:52:43PM

 7    higher level service.  I don't know how IAC can         2:52:48PM

 8    determine that based on the only 20 retirement plans    2:52:54PM

 9    that they have and only a handful of plans that were    2:52:58PM

10    a billion dollars.  They don't have the experience      2:53:01PM

11    with, you know, that many plans to know what higher     2:53:04PM

12    level service would be.                                 2:53:08PM

13          Q     So I just want to make sure that I          2:53:10PM

14    understand correctly.  Is it your opinion that they     2:53:13PM

15    don't have the experience with the plans or that the    2:53:16PM

16    sample size was too small for them to draw the          2:53:23PM

17    conclusions they drew in their reports?                 2:53:27PM

18          A     I mean all of the above.                    2:53:30PM

19          Q     Okay.  And so you take issue with the       2:53:34PM

20    number of plans that they used.  In your view it's      2:53:40PM

21    too small of a sample size, correct?                    2:53:44PM

22          A     Yes.                                        2:53:47PM

23          Q     And that's true, even though you've         2:53:49PM

24    only selected six plans in paragraph 29 to compare      2:53:51PM

25    the Humana plan to?                                     2:53:54PM
```

Page 185

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A    Those weren't benchmarks, plans to | 2:53:57PM |
| 2 | benchmark.  Those were smaller plans that had less | 2:54:00PM |
| 3 | buying power than the plan that had lower | 2:54:04PM |
| 4 | recordkeeping fees.  That's what that table is. | 2:54:08PM |
| 5 | It's not a benchmark.  It's not a -- I'm not | 2:54:10PM |
| 6 | benchmarking it to the Humana plan. | 2:54:13PM |
| 7 | Q    How do you define a benchmark? | 2:54:15PM |
| 8 | A    Well, a benchmark is -- depends on what | 2:54:19PM |
| 9 | you're trying to benchmark first.  If you're looking | 2:54:21PM |
| 10 | at recordkeeping fees, you'll take the services that | 2:54:24PM |
| 11 | the record keeper's providing to like plans of like | 2:54:27PM |
| 12 | sizes and compare the services and fees from one | 2:54:30PM |
| 13 | plan to the other. | 2:54:33PM |
| 14 | Q    And isn't that exactly what IAC did in | 2:54:35PM |
| 15 | its benchmarking reports? | 2:54:38PM |
| 16 | A    Well, IAC, one, did not have experience | 2:54:40PM |
| 17 | with plans the size of the plan, so I don't know how | 2:54:44PM |
| 18 | they could determine what, you know, above the | 2:54:46PM |
| 19 | average service would be. | 2:54:49PM |
| 20 | Number 2, they -- the sample size that | 2:54:51PM |
| 21 | they used, they didn't -- there were double -- | 2:54:54PM |
| 22 | 100 -- 100 more or double the amount of plans out | 2:54:57PM |
| 23 | there.  They didn't pull from other plans the size | 2:55:00PM |
| 24 | of the plan, so it can skew the numbers. | 2:55:02PM |
| 25 | Q    And you've said a number of times that | 2:55:06PM |

Page 186

CONFIDENTIAL

| 1 | you don't believe IAC had experience with plans the | 2:55:08PM |
| 2 | size of the Humana plan.  Other than your own | 2:55:11PM |
| 3 | opinion, what are you basing that on? | 2:55:14PM |
| 4 | A     There's a third-party database that | 2:55:17PM |
| 5 | shows service providers to retirement plans.  And | 2:55:21PM |
| 6 | whenever I went into that database here, it said | 2:55:23PM |
| 7 | that IAC only had 20 retirement plans, and it gave | 2:55:29PM |
| 8 | the total number of assets.  And it showed the 20 | 2:55:33PM |
| 9 | plans that they are listed as the advisor of record, | 2:55:36PM |
| 10 | and only three of those were over a billion dollars. | 2:55:39PM |
| 11 | Q     And so your other -- for this process | 2:55:47PM |
| 12 | is that you don't believe that the plans they | 2:55:52PM |
| 13 | selected for those sample size were comparable in | 2:55:54PM |
| 14 | size, correct? | 2:55:59PM |
| 15 | A     Let's see.  Go back to my original | 2:56:01PM |
| 16 | report. | 2:56:20PM |
| 17 | The plan in question is one of the | 2:56:24PM |
| 18 | larger plans in the sample group, so smaller plans | 2:56:26PM |
| 19 | in the benchmark group compared to smaller plans in | 2:56:29PM |
| 20 | a benchmark group.  If they -- if defendants knew | 2:56:32PM |
| 21 | how to review the reports, they would have requested | 2:56:35PM |
| 22 | a consultant to use a benchmark group that had the | 2:56:37PM |
| 23 | same assets as the plan, or at least closer to it. | 2:56:40PM |
| 24 | But when you look at 2.5 billion to | 2:56:42PM |
| 25 | 10 billion versus, you know, maybe 5 to 10 billion, | 2:56:47PM |

Page 187

| | | |
|---|---|---|
| 1 | you will get a closer, more accurate review of the | 2:56:49PM |
| 2 | plan fees.  And, again, they only looked at 124 | 2:56:53PM |
| 3 | plans versus -- there are, you know, over 250 plans | 2:56:58PM |
| 4 | that size that fall within that range. | 2:57:01PM |
| 5 | Q     And what paragraph were you reading | 2:57:05PM |
| 6 | from there, Ms. Bray? | 2:57:06PM |
| 7 | A     Fifty-three in my expert report. | 2:57:08PM |
| 8 | Q     In your original expert report? | 2:57:10PM |
| 9 | A     Yes. | 2:57:12PM |
| 10 | Q     And so you don't think that the plans | 2:57:13PM |
| 11 | that had significantly fewer assets or significantly | 2:57:15PM |
| 12 | fewer number of participants were appropriately | 2:57:21PM |
| 13 | included in the sample size; is that right? | 2:57:25PM |
| 14 | A     Well, I mean, if I was a consultant on | 2:57:29PM |
| 15 | the plan and performing this particular task, I | 2:57:33PM |
| 16 | would have used a different asset range first.  But | 2:57:37PM |
| 17 | then I also would use the participant range that's a | 2:57:42PM |
| 18 | little bit closer to it.  11,000 to 90,000 is a big | 2:57:47PM |
| 19 | spread. | 2:57:52PM |
| 20 | Q     You have that opinion, even though in | 2:57:59PM |
| 21 | your own Table 4 in your report you are listing | 2:58:01PM |
| 22 | plans that have as few as 6,000 participants, right? | 2:58:04PM |
| 23 | A     I'm sharing that information to show | 2:58:08PM |
| 24 | the smaller plans that have lower recordkeeping fees | 2:58:10PM |
| 25 | than the plan and they have less buying power, but | 2:58:13PM |

Page 188

CONFIDENTIAL

| 1 | they are able to negotiate lower recordkeeping fees. | 2:58:16PM |
| 2 | That's an example.  It's not -- or that's what that | 2:58:18PM |
| 3 | table is.  It's not a benchmark. | 2:58:22PM |
| 4 | Q    So to close the loop on that, you have | 2:58:24PM |
| 5 | not been retained to and you have not conducted a | 2:58:26PM |
| 6 | benchmarking exercise here to determine what the | 2:58:30PM |
| 7 | reasonable fees actually would have been for this | 2:58:35PM |
| 8 | particular plan over the relevant period, correct? | 2:58:37PM |
| 9 | A    Correct.  I don't have an indication to | 2:58:42PM |
| 10 | benchmark this plan. | 2:58:45PM |
| 11 | Q    IAC conducted the RFPs for the plan. | 2:58:55PM |
| 12 | Are you aware of that, Ms. Bray? | 2:58:57PM |
| 13 | A    From what I recall, I believe they did. | 2:58:58PM |
| 14 | Q    Do you have any criticism of the manner | 2:59:03PM |
| 15 | in which they conducted the RFPs, the process they | 2:59:05PM |
| 16 | employed? | 2:59:08PM |
| 17 | A    I do not recall information from the | 2:59:14PM |
| 18 | RFP on whether or not it was -- the process was in | 2:59:18PM |
| 19 | line with what I would do or best practice.  I would | 2:59:25PM |
| 20 | have to go back and look. | 2:59:29PM |
| 21 | Q    You haven't expressed an opinion in | 2:59:30PM |
| 22 | your opening report or your rebuttal report | 2:59:32PM |
| 23 | criticizing the processes that were used for the | 2:59:34PM |
| 24 | RFPs.  So is it fair to say that you're not offering | 2:59:38PM |
| 25 | an expert opinion on that subject? | 2:59:41PM |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A    I was not engaged to give an opinion on | 2:59:43PM |
| 2 | that particular project. | 2:59:46PM |
| 3 | MS. VERGARA:  Let's go off the record. | 2:59:52PM |
| 4 | THE VIDEOGRAPHER:  The time on the | 2:59:54PM |
| 5 | monitor is 2:59 p.m.  We are going off the | 2:59:55PM |
| 6 | record. | 2:59:57PM |
| 7 | (A recess was taken from 2:59 p.m. to | 3:11:50PM |
| 8 | 3:12 p.m.) | 3:11:51PM |
| 9 | THE VIDEOGRAPHER:  The time on the | 3:11:59PM |
| 10 | monitor is 3:12 p.m.  And we're back on the | 3:11:59PM |
| 11 | record. | 3:12:04PM |
| 12 | BY MS. VERGARA: | 3:12:04PM |
| 13 | Q    Ms. Bray, we were just discussing | 3:12:05PM |
| 14 | before the break the samples that were used in the | 3:12:06PM |
| 15 | benchmarking reports by IAC, and I just want to make | 3:12:12PM |
| 16 | sure I understand one of your opinions. | 3:12:16PM |
| 17 | Is it true that you believe that | 3:12:18PM |
| 18 | smaller plans really aren't adequate comparators | 3:12:22PM |
| 19 | when benchmarking recordkeeping fees. | 3:12:27PM |
| 20 | A    It just depends on what you mean by | 3:12:33PM |
| 21 | "smaller plans" for a comparator. | 3:12:35PM |
| 22 | Q    So you had described that plans with | 3:12:41PM |
| 23 | significantly fewer assets or significantly fewer | 3:12:43PM |
| 24 | participants might not be adequate comparators.  Why | 3:12:47PM |
| 25 | is that? | 3:12:51PM |

Page 190

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A      Because whenever you're taking the | 3:12:52PM |
| 2 | smaller plans and you are putting them in the pool | 3:12:53PM |
| 3 | with the large plans, the fees for the recordkeeping | 3:12:56PM |
| 4 | fees, the average recordkeeping fees are going to be | 3:13:00PM |
| 5 | skewed, meaning that you're not really getting a | 3:13:06PM |
| 6 | more -- getting an accurate or close record | 3:13:07PM |
| 7 | keeper -- comparison of recordkeeping fees because | 3:13:10PM |
| 8 | of the small plans that you put in the mix can make | 3:13:12PM |
| 9 | that cost look like it's -- you know, the average is | 3:13:16PM |
| 10 | always going to be less than if you put more plans | 3:13:21PM |
| 11 | in that are more around the same size of the plan, | 3:13:26PM |
| 12 | you'll get more of an accurate recordkeeping fee. | 3:13:29PM |
| 13 | Q      And is that, in part, a function of | 3:13:33PM |
| 14 | relative purchase power that these plans have? | 3:13:37PM |
| 15 | A      As far as the benchmark report goes? | 3:13:46PM |
| 16 | Q      Yeah.  In other words, are you wanting | 3:13:48PM |
| 17 | to compare apples to apples because larger plans | 3:13:51PM |
| 18 | have relatively greater purchase power when it comes | 3:13:59PM |
| 19 | to negotiating things like recordkeeping fees? | 3:14:03PM |
| 20 | A      Yeah.  I mean, I think that larger | 3:14:07PM |
| 21 | plans have more buying power than the smaller plans. | 3:14:08PM |
| 22 | If you look at smaller plans with smaller assets and | 3:14:10PM |
| 23 | smaller participants versus larger plans and assets | 3:14:13PM |
| 24 | and purchase difference, they have more buying power | 3:14:16PM |
| 25 | and fee negotiation power with record keepers. | 3:14:21PM |

Page 191

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | options?  And just to be specific about that, that | 3:17:02PM |
| 2 | plan sponsors can consider the services provided, | 3:17:07PM |
| 3 | the fees for those services, what their participant | 3:17:11PM |
| 4 | needs are, all of those factors in analyzing which | 3:17:16PM |
| 5 | record keeper is right for them? | 3:17:20PM |
| 6 | A     Yeah.  I mean, I think there are | 3:17:21PM |
| 7 | standard questions that record -- the plan | 3:17:23PM |
| 8 | specialist is going to ask to gather from the record | 3:17:26PM |
| 9 | keeper on certain tasks and do things that they know | 3:17:28PM |
| 10 | that they need to outsource.  And there may be other | 3:17:32PM |
| 11 | things that are unique or not so unique that is | 3:17:34PM |
| 12 | outside the box that they may want something, some | 3:17:37PM |
| 13 | special, you know, something.  Or maybe not so much, | 3:17:39PM |
| 14 | like you mentioned, because they might be small and | 3:17:42PM |
| 15 | not have needs. | 3:17:44PM |
| 16 | I think that -- but I think that plan | 3:17:45PM |
| 17 | sponsors are going to evaluate more than just fees, | 3:17:47PM |
| 18 | you know.  But it is our duty to look at fees and | 3:17:51PM |
| 19 | ensure they're reasonable.  So that would be | 3:17:55PM |
| 20 | something that they would consider mild looking at | 3:17:57PM |
| 21 | all these other factors. | 3:18:02PM |
| 22 | Q     And, Ms. Bray, in your report -- your | 3:18:03PM |
| 23 | opening report and your rebuttal report, taking them | 3:18:06PM |
| 24 | together, you don't offer any opinions about whether | 3:18:09PM |
| 25 | there are any industry average statistics or surveys | 3:18:14PM |

Page 194

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that might show that recordkeeping fees were lower | 3:18:21PM |
| 2 | than what the Humana plan paid over the relevant | 3:18:27PM |
| 3 | period, do you? | 3:18:31PM |
| 4 | A    I mean, I shared the information from | 3:18:36PM |
| 5 | the plans that had -- you know, smaller plans that | 3:18:39PM |
| 6 | had smaller fees and assets.  I'm sorry, assets and | 3:18:43PM |
| 7 | participants that paid lower recordkeeping fees, I | 3:18:47PM |
| 8 | mean, I shared that information.  But I don't think | 3:18:49PM |
| 9 | I shared exact for the other plans for previous | 3:18:55PM |
| 10 | years other than the ones that I shared in my | 3:18:58PM |
| 11 | report. | 3:19:01PM |
| 12 | Q    So, yes -- and thank you for that | 3:19:02PM |
| 13 | clarification.  And so you offered the information | 3:19:03PM |
| 14 | that's contained in paragraph 29 and Table 2 -- | 3:19:05PM |
| 15 | sorry, I realize just now that I've been calling it | 3:19:13PM |
| 16 | Table 4 over the course of the deposition, I think. | 3:19:15PM |
| 17 | But in any case, you offered the information as | 3:19:17PM |
| 18 | contained in paragraph 29 and Table 2, but beyond | 3:19:20PM |
| 19 | that, you don't refer to or cite any industry | 3:19:25PM |
| 20 | average statistics or surveys showing that there | 3:19:29PM |
| 21 | were plans that paid lower than what the Humana plan | 3:19:33PM |
| 22 | paid for recordkeeping services over the relevant | 3:19:38PM |
| 23 | period, right? | 3:19:42PM |
| 24 | A    Prior to, no.  Not prior to the 2020, I | 3:19:43PM |
| 25 | guess. | 3:19:46PM |

Page 195

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q    But also not for 2020 or beyond. | 3:19:49PM |
| 2 | You're not citing any surveys or statistics beyond | 3:19:51PM |
| 3 | what you have in your paragraph 29 and Table 2, | 3:19:57PM |
| 4 | correct? | 3:19:58PM |
| 5 | A    No.  But I'm taking my opinion on the | 3:20:00PM |
| 6 | RFPs being done from -- the two RFPs being done from | 3:20:04PM |
| 7 | '14 and '19 and how there were no fee negotiations | 3:20:10PM |
| 8 | in '20.  Yeah, then I looked at their -- thought | 3:20:14PM |
| 9 | they were looking at their fees and the fiduciary | 3:20:17PM |
| 10 | benchmarks, but there were no ongoing negotiation of | 3:20:19PM |
| 11 | fees during the class period.  And really from one | 3:20:21PM |
| 12 | RFP to the next, they didn't do anything in between. | 3:20:25PM |
| 13 | Q    Yeah.  And let me try and be more | 3:20:28PM |
| 14 | precise in my question.  What I'm asking is you're | 3:20:31PM |
| 15 | not citing any talent surveys, any PC surveys, any | 3:20:33PM |
| 16 | other sort of publications or industry statistics or | 3:20:39PM |
| 17 | surveys regarding what a reasonable fee would have | 3:20:42PM |
| 18 | been for a plan comparable to the size and service | 3:20:46PM |
| 19 | level of the Humana plan over the relevant period, | 3:20:49PM |
| 20 | right? | 3:20:52PM |
| 21 | A    I don't recall.  I know I have several | 3:20:55PM |
| 22 | different, you know -- I think I have plan sponsor | 3:20:57PM |
| 23 | surveys and recordkeeping surveys from plan sponsor | 3:21:00PM |
| 24 | and information in my report.  I'm just not quite | 3:21:02PM |
| 25 | sure if that information is referenced in my report | 3:21:07PM |

Page 196

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | in relation to that.  I'd have to go back through | 3:21:09PM |
| 2 | it. | 3:21:11PM |
| 3 | Q    So if it's -- if you don't cite | 3:21:11PM |
| 4 | industry average statistics or surveys in your | 3:21:14PM |
| 5 | report or your rebuttal report, then you're not | 3:21:17PM |
| 6 | offering an expert opinion with respect to what | 3:21:21PM |
| 7 | those statistics or surveys might show about what | 3:21:25PM |
| 8 | plans would -- what fees would have been reasonable | 3:21:28PM |
| 9 | over the relevant period, correct? | 3:21:30PM |
| 10 | MR. WELLS:  Objection to form. | 3:21:34PM |
| 11 | A    I did not share any surveys that would | 3:21:35PM |
| 12 | give that information.  No, I did not put that | 3:21:38PM |
| 13 | information in there.  But I gave my opinion based | 3:21:40PM |
| 14 | on my experience and 20 years doing this, as well as | 3:21:42PM |
| 15 | what I see getting bids back for retirement plans. | 3:21:46PM |
| 16 | BY MS. VERGARA: | 3:21:50PM |
| 17 | Q    Ms. Bray, are you aware that in the | 3:21:50PM |
| 18 | complaint that plaintiffs filed in this case, and | 3:21:55PM |
| 19 | actually it's the first amended complaint, that | 3:21:58PM |
| 20 | plaintiffs actually make reference to plans that | 3:22:02PM |
| 21 | they characterize as comparable to the Humana plan? | 3:22:06PM |
| 22 | A    They refer to particular plans in the | 3:22:14PM |
| 23 | complaint? | 3:22:17PM |
| 24 | Q    Yes.  And just -- I can pull this up if | 3:22:17PM |
| 25 | it would be helpful.  But to the extent that this | 3:22:20PM |

Page 197

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | jogs yours memory, there's a chart in the first | 3:22:22PM |
| 2 | amended complaint that lists the recordkeeping fees | 3:22:25PM |
| 3 | of the Deseret 401(k) plan, the Donaher Corporation | 3:22:31PM |
| 4 | and Subsidiaries Savings Plan, the Alisis | 3:22:35PM |
| 5 | [phonetic], I'm sure I've mispronounced that, | 3:22:37PM |
| 6 | Benefits Connection 401(k) plan, and the Kaiser | 3:22:41PM |
| 7 | Permanente Supplemental Savings Plan and Retirement | 3:22:45PM |
| 8 | Plan. | 3:22:51PM |
| 9 | Does that refresh your recollection? | 3:22:51PM |
| 10 | A    I think I remember those names. | 3:22:52PM |
| 11 | Q    But you don't reference those in your | 3:22:58PM |
| 12 | expert reports, correct? | 3:23:00PM |
| 13 | A    Correct. | 3:23:02PM |
| 14 | Q    And you're not offering an opinion as | 3:23:03PM |
| 15 | to whether those plans are adequate comparators for | 3:23:05PM |
| 16 | the Humana plan and its recordkeeping fees, correct? | 3:23:12PM |
| 17 | A    No, I'm not giving my opinion on those | 3:23:17PM |
| 18 | plans, correct. | 3:23:19PM |
| 19 | Q    Do you know why you didn't include | 3:23:22PM |
| 20 | those plans in your expert reports? | 3:23:24PM |
| 21 | A    I mean, I like to do work on my own.  I | 3:23:27PM |
| 22 | don't want to copy other people's information.  So I | 3:23:29PM |
| 23 | didn't pull their information.  I like to perform my | 3:23:32PM |
| 24 | own research. | 3:23:36PM |
| 25 | Q    Do you have an opinion as to -- is it | 3:23:38PM |

Page 198

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | your opinion that those plans are not comparable | 3:23:41PM |
| 2 | plans for purposes of your analysis in this case? | 3:23:45PM |
| 3 |     A    I would have to do research and review | 3:23:49PM |
| 4 | the information and see what -- what the -- | 3:23:50PM |
| 5 |        (Reporter clarification.) | 3:23:56PM |
| 6 |        THE VIDEOGRAPHER:  I'll take us off the | 3:24:38PM |
| 7 | record real quick.  Time on the monitor is | 3:24:38PM |
| 8 | 3:24 p.m.  We're going off the record. | 3:24:45PM |
| 9 |        (A recess was taken from 3:24 p.m. to | 3:24:47PM |
| 10 | 3:26 p.m.) | 3:24:47PM |
| 11 |        THE VIDEOGRAPHER:  Time on the monitor | 3:26:14PM |
| 12 | is 3:26 p.m.  And we are back on the record. | 3:26:15PM |
| 13 |        MS. VERGARA:  Would you mind reading | 3:26:18PM |
| 14 | back the last question, Ms. Smith. | 3:26:22PM |
| 15 |        (Whereupon, the question was read back | 3:26:22PM |
| 16 | as follows: | 3:26:22PM |
| 17 |           "Question:  Is it your opinion | 3:26:22PM |
| 18 | that those plans are not comparable plans for | 3:26:22PM |
| 19 | purposes of your analysis in this case?") | 3:26:22PM |
| 20 |     A    I cannot give an opinion until I | 3:26:32PM |
| 21 | perform my own review and research of the | 3:26:34PM |
| 22 | information that they provided in the complaint.  So | 3:26:36PM |
| 23 | I can't give an opinion right now. | 3:26:38PM |
| 24 | BY MS. VERGARA: | 3:26:41PM |
| 25 |     Q    And you haven't conducted your own | 3:26:41PM |

Page 199

CONFIDENTIAL

```
 1                    REPORTER'S CERTIFICATE

 2

 3            I, Audra Smith, Registered Professional Reporter

 4    in and for the above county and state, do hereby certify that

 5    the deposition of the person hereinbefore named was taken

 6    before me at the time and place hereinbefore set forth; that

 7    the witness was by me first duly sworn to testify to the

 8    truth, the whole truth and nothing but the truth; that

 9    thereupon the foregoing questions were asked and the foregoing

10    answers made by the witness which were duly recorded by me by

11    means of stenotype; which is reduced to written form under my

12    direction and supervision, and that this is, to the best of my

13    knowledge and belief, a true and correct transcript.

14            I further certify that I am neither of counsel to

15    either party nor interested in the events of this case.

16            IN WITNESS WHEREOF, I have hereto set my hand this

17    13th day of December, 2023.

18

19

20

21

22    Audra Smith, FCRR

23    Notary Number:  201329000033

24    Commission Expires:  June 26, 2025

25
```

Page 204