UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KENA MOORE, *et al.*                                                     Plaintiffs

v.                                                      Civil Action No. 3:21-cv-232-RGJ

HUMANA INC., *et al.*                                                  Defendants

\* \* \* \* \*

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this same date, and pursuant to Rules 56 and 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1)     Judgment is entered in favor of Defendants Humana Inc. and Humana Retirement Plans Committee consistent with the Court's Memorandum Opinion and Order entered this same date. This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(2)     This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

Rebecca Grady Jennings, District Judge
United States District Court

cc: counsel of record

May 22, 2024

1